UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
OSTROWITZ & OSTROWITZ, ESQS.
225 Gordons Corner Road
Suite 1J
Manalapan, New Jersey 07726
(732) 446-2800
Attorneys for VALLEY NATIONAL BANK

Order Filed on May 9, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

ARTHUR CHRISTY

Case No.: 17-15332-CMG

Hearing Date: May 9, 2017

Judge: Christine M. Gravelle

## ORDER VACTING STAY

The relief set forth on the following page is hereby ORDERED

**DATED: May 9, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Upon the motion of VALLEY NATIONAL BANK, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown it is

**ORDERED**, that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more action(s) in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

[X]  Real property more fully described as: One Blue Hills Drive, Holmdel, Monmouth County, New Jersey 07733.  Land and premises identified by the lot 5 and block number 9.01 on the official tax map of the Municipality of Holmdel, County of Monmouth, and State of New Jersey:

[_]  Personal property more fully described as:

It is further **ORDERED** that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

~~It is further ORDERED, that notwithstanding Bankruptcy Rule 4001(a)(3), this Order shall take effect immediately.~~

It is further **ORDERED**, that in the event the within Bankruptcy proceeding has been dismissed, voluntarily or involuntarily, prior to the return date of this application, the within Bankruptcy proceeding be and the same hereby is reinstated, *nunc pro tunc*, for the limited purpose of the entry of the within Order.

Movant may pursue any and all loss mitigation options with respect to the Debtor(s) or the real property described above, including but not limited to repayment agreement, loan modification, short sale or deed-in-lieu of foreclosure.