**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
OSTROWITZ & OSTROWITZ, ESQS.
225 Gordons Corner Road
Suite 1J
Manalapan, New Jersey 07726
(732) 446-2800
Attorneys for VALLEY NATIONAL BANK

In Re:

ARTHUR CHRISTY

Case No.:  17-15332-CMG

Hearing Date: May 9, 2017

Judge: Christine M. Gravelle



**Order Filed on May 9, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

## ORDER VACTING STAY

The relief set forth on the following page is hereby ORDERED

**DATED: May 9, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Upon the motion of VALLEY NATIONAL BANK, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown it is

**ORDERED**, that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more action(s) in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

[X]  Real property more fully described as: One Blue Hills Drive, Holmdel, Monmouth County, New Jersey 07733.  Land and premises identified by the lot 5 and block number 9.01 on the official tax map of the Municipality of Holmdel, County of Monmouth, and State of New Jersey:

[_]  Personal property more fully described as:

It is further **ORDERED** that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

~~It is further ORDERED, that notwithstanding Bankruptcy Rule 4001(a)(3), this Order shall take effect immediately.~~

It is further **ORDERED**, that in the event the within Bankruptcy proceeding has been dismissed, voluntarily or involuntarily, prior to the return date of this application, the within Bankruptcy proceeding be and the same hereby is reinstated, *nunc pro tunc*, for the limited purpose of the entry of the within Order.

Movant may pursue any and all loss mitigation options with respect to the Debtor(s) or the real property described above, including but not limited to repayment agreement, loan modification, short sale or deed-in-lieu of foreclosure.

United States Bankruptcy Court
District of New Jersey

In re:  
Arthur Christy  
    Debtor

Case No. 17-15332-CMG  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: May 09, 2017  
                Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 11, 2017.  
db        +Arthur Christy,   2 Beach Way,   Sea Bright, NJ 07760-2102

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

     ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2017            Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 9, 2017 at the address(es) listed below:  
     Alan R. Ostrowitz   on behalf of Creditor   Valley National Bank ostrowlaw@optonline.net  
     Andrea Dobin    ecftrusteead@trenklawfirm.com, NJ55@ecfcbis.com  
     Denise E. Carlon   on behalf of Creditor   U.S. Bank National Association, as trustee, on behalf of the holders of the Home Equity Mortgage Trust 2006-3 Home Equity Mortgage Pass-Through Certificates, Series 2006-3 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
     Richard J. Pepsny   on behalf of Debtor Arthur Christy pepsnylawfirm@msn.com  
     U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov

           TOTAL: 5