UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Andrea Dobin, Chapter 7 Trustee
427 Riverview Plaza
Trenton, New Jersey  08607
(609) 695-6070

Order Filed on May 25, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

    CHRISTY, Arthur,

                    Debtor.

Case No.  17-15332 (CMG)

Adv. No.

Hearing Date:

Hon. Christine M. Gravelle

### CONSENT ORDER EXTENDING TIME TO OBJECT TO DISCHARGE

The relief set forth on the following page numbered two (2) is hereby **ORDERED.**

**DATED: May 25, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(Page 2)**

Debtor: Christy, Arthur
Case No: 17-15332 (CMG)
Caption of Order: Order Extending Time to Object to Discharge

**THIS MATTER** having been opened to the Court upon the Application of Andrea Dobin (the "Trustee"), in the above-captioned proceeding, for the entry of a Consent Order Extending Time to Object to Discharge and the Court having read and considered the Consent Order and for other and good cause shown:

**IT IS ORDERED** that the Trustee, the Office of the United States Trustee and any other party-in-interest's time period to object to the Debtor's discharge pursuant to Fed.R.Bankr.P. 4004(a) shall be extended to July 10, 2017. The undersigned consent to the form, substance and entry of this Consent Order.

**ANDREA DOBIN, TRUSTEE**

Dated:    5/24/2017            By:   /s/ Andrea Dobin
                                         Andrea Dobin


**RICHARD J. PEPSNY**
**Counsel to Debtor**

Dated:    5/10/2017            By:   /s/ Richard J. Pepsny
                                         Richard J. Pepsny