UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Andrea Dobin, Chapter 7 Trustee
427 Riverview Plaza
Trenton, New Jersey  08607
(609) 695-6070

Order Filed on May 25, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

    CHRISTY, Arthur,

               Debtor.

Case No.  17-15332 (CMG)

Adv. No.

Hearing Date:

Hon. Christine M. Gravelle

## CONSENT ORDER EXTENDING TIME TO OBJECT TO DISCHARGE

The relief set forth on the following page numbered two (2) is hereby **ORDERED.**

**DATED: May 25, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(Page 2)**

Debtor: Christy, Arthur

Case No: 17-15332 (CMG)

Caption of Order: Order Extending Time to Object to Discharge

 

**THIS MATTER** having been opened to the Court upon the Application of Andrea Dobin (the "Trustee"), in the above-captioned proceeding, for the entry of a Consent Order Extending Time to Object to Discharge and the Court having read and considered the Consent Order and for other and good cause shown:

**IT IS ORDERED** that the Trustee, the Office of the United States Trustee and any other party-in-interest's time period to object to the Debtor's discharge pursuant to Fed.R.Bankr.P. 4004(a) shall be extended to July 10, 2017. The undersigned consent to the form, substance and entry of this Consent Order.

                   **ANDREA DOBIN, TRUSTEE**

Dated: 5/24/2017        By: /s/ Andrea Dobin
                      Andrea Dobin

                   **RICHARD J. PEPSNY**
                   **Counsel to Debtor**

Dated: 5/10/2017        By: /s/ Richard J. Pepsny
                      Richard J. Pepsny

```
                        United States Bankruptcy Court
                             District of New Jersey
```

In re:                                                              Case No. 17-15332-CMG
Arthur Christy                                                      Chapter 7
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin               Page 1 of 1           Date Rcvd: May 25, 2017
                               Form ID: pdf903            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 27, 2017.
db               +Arthur Christy,    2 Beach Way,    Sea Bright, NJ 07760-2102

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 27, 2017                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2017 at the address(es) listed below:
      Alan R. Ostrowitz    on behalf of Creditor    Valley National Bank ostrowlaw@optonline.net
      Andrea  Dobin    ecftrusteead@trenklawfirm.com, NJ55@ecfcbis.com
      Andrea  Dobin    on behalf of Trustee Andrea  Dobin adobin@trenklawfirm.com
      Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as trustee, on behalf of the holders of the Home Equity Mortgage Trust 2006-3 Home Equity Mortgage Pass-Through Certificates, Series 2006-3 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Richard J. Pepsny    on behalf of Debtor Arthur  Christy pepsnylawfirm@msn.com
      U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                                                                                                        TOTAL: 6