**FORM NOA** (Notice of Assets and Deadline to File Proof of Claim)

# NOTICE OF ASSETS AND DEADLINE TO FILE PROOF OF CLAIM

U.S. Bankruptcy Court
402 East State Street
Trenton, NJ 08608
Telephone number: 609−858−9333

Honorable Christine M. Gravelle, U.S. Bankruptcy Judge

| **CASE NUMBER:** 17−15332−CMG | **DATE FILED::** 3/20/17 |
|---|---|
| In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):<br>Arthur Christy<br>xxx−xx−0942 | ADDRESS OF DEBTOR(S):<br><br>2 Beach Way<br>Sea Bright, NJ 07760 |
| DEBTOR'S ATTORNEY:<br>Richard J. Pepsny<br>Law Office of Richard J. Pepsny<br>157 Broad Street<br>Suite 205<br>Red Bank, NJ 07701<br><br>(732) 842−8505 | TRUSTEE:<br>Andrea Dobin<br>Trenk DiPasquale<br>427 Riverview Plaza<br>Trenton, NJ 08611<br>(609) 695−6070 |

It appeared from the schedules when this case was filed that there were no assets from which dividends could be paid to creditors as indicated on the Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors and Deadlines.

It now appears that the payment of a dividend may be possible. Pursuant to Bankruptcy Rule 3002(c)(5), the last day for filing claims is fixed as:

8/24/17

Government Units are allowed 180 days from the date of order for relief, or the above date, whichever is later. 11 U.S.C. §502(b)(9)

Except as otherwise provided by law, in order to share in any payment from the estate, a creditor must file a proof of claim by the date set forth above. The place to file the proof of claim is the office of the Clerk of the Bankruptcy Court.

A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/forms/bankruptcy−forms) or at any bankruptcy clerk's office. You may also contact the Clerk's Office where this case is pending to request that a Proof of Claim form be mailed to you. The Clerk's Office telephone number is included on the front of this Notice. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the last day to file a proof of claim listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. Filing Deadline for a Creditor with a Foreign Address: The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.

**IF A CLAIM WAS PREVIOUSLY SUBMITTED, IT IS NOT NECESSARY TO FILE ANOTHER ONE.**

Dated: May 30, 2017                                    FOR THE COURT
                                                       Jeanne Naughton, Clerk

FORM NOA Rev. 5/2016

```
                           United States Bankruptcy Court
                                District of New Jersey
In re:                                                          Case No. 17-15332-CMG
Arthur Christy                                                  Chapter 7
          Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                Page 1 of 2      Date Rcvd: May 30, 2017
                              Form ID: noa               Total Noticed: 34


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 01, 2017.
db            +Arthur Christy,    2 Beach Way,    Sea Bright, NJ 07760-2102
cr            +Valley National Bank,    1445 Valley Road,    Wayne, NJ 07470-8438
516709895      AMCA Bio Reference Lab,    22695 Sawmill River Road,    Building 3,    Elmsford, NY 10523
516709894     +Alert Ambulance Service, Inc.,    PO Box 192,    Brick, NJ 08723-0192
516709896     +Apex Asset Management,    PO Box 5407,    Lancaster, PA 17606-5407
516709898     +Capitol Indemnity Corporation,    P.O. Box 5900,    Madison, WI 53705-0900
516709899     +Chase Mortgage,    3415 Vision Dr,    Columbus, OH 43219-6009
516709900     +Citicards Cbna,    Citicorp Credit Svc/Centralized Bankrupt,    Po Box 790040,
                Saint Louis, MO 63179-0040
516709902     +Gina A. Makoujy, Esq.,    Tesser & Cohen,    946 Main Street,    Hackensack, NJ 07601-5100
516709903     +Hackensack Meridian,    PO Box 650292,    Dallas, TX 75265-0292
516709904     +Hedinger and Lawless, LLC,    147 Columbia Turnpike # 200,    Florham Park, NJ 07932-2199
516709905     +Hudson Insurance Company,    100 William Street,    New York, NY 10038-5044
516709906      IRS,    PO Box 37009,    Hartford, CT 06176-0009
516709907     +Jill Christy,    1 Blue Hills Drive,    Holmdel, NJ 07733-2217
516709908     +Lincroft Village Dental Care,    9 Middletown Lincroft Road,    Lincroft, NJ 07738-1511
516709909     +Martha Ostrowitz, Esq.,    Ostrowitz & Ostrowitz,    225 Gordons Corner Rd,
                Manalapan, NJ 07726-3342
516709910     +Monmouth Cty Prob,    Po Box 1259,    Freehold, NJ 07728-1259
516709913      Rory P. Collins,    61 King Ave.,    Weehawken, NJ 07086-6906
516709914     +Select Portfolio Servicing, Inc,    Po Box 65250,    Salt Lake City, UT 84165-0250
516709916     +The Sherwin Williams Co.,    101 W Prospect Ave #1020,    Cleveland, OH 44115-1075
516709917     +Valley National Bank,    1720 Route 23 North,    Wayne, NJ 07470-7524
516709918     +Valley National Bank,    1460 Valley Rd,    Wayne, NJ 07470-8494
516743528     +Valley National Bank,    225 Gordons Corner Rd., Ste. 1J,    Manalapan, NJ 07726-3342
516709919     +Valley National Bank,    362 Broad Street,    Red Bank, NJ 07701-2120
516732400     +Valley National Bank,    1455 Valley Road,    Wayne, New Jersey 07470-8448
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov May 30 2017 22:52:20     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 30 2017 22:52:16     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
516709897     +EDI: BANKAMER.COM May 30 2017 19:33:00     Bank Of America,    Nc4-105-03-14,    Po Box 26012,
                Greensboro, NC 27420-6012
516709912     +EDI: RMCB.COM May 30 2017 19:33:00     RMCB,    PO Box 1235,    Elmsford, NY 10523-0935
516709911     +E-mail/Text: RMCbankruptcy@meridianhealth.com May 30 2017 22:52:58     Riverview Medical Center,
                PO Box 397,    Neptune, NJ 07754-0397
516714858     +EDI: RMSC.COM May 30 2017 19:33:00     Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                PO Box 41021,    Norfolk, VA 23541-1021
516709915     +EDI: RMSC.COM May 30 2017 19:33:00     Synchrony Bank/Care Credit,    Attn: Bankruptcy,
                Po Box 956060,    Orlando, FL 32896-0001
516709901      EDI: USBANKARS.COM May 30 2017 19:33:00     Elan Financial Service,    Po Box 790084,
                Saint Louis, MO 63179
516709920     +EDI: WFFC.COM May 30 2017 19:33:00     Wells Fargo Bank,    Mac-F8235-02f,    Po Box 10438,
                Des Moines, IA 50306-0438
                                                                                             TOTAL: 9

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2017                                  Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: May 30, 2017
                              Form ID: noa             Total Noticed: 34
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 26, 2017 at the address(es) listed below:
              Alan R. Ostrowitz    on behalf of Creditor    Valley National Bank ostrowlaw@optonline.net
              Andrea   Dobin    ecftrusteead@trenklawfirm.com, NJ55@ecfcbis.com
              Andrea   Dobin    on behalf of Trustee Andrea   Dobin adobin@trenklawfirm.com
              Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as trustee, on behalf
               of the holders of the Home Equity Mortgage Trust 2006-3 Home Equity Mortgage Pass-Through
               Certificates, Series 2006-3 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Richard J. Pepsny    on behalf of Debtor Arthur   Christy pepsnylawfirm@msn.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 6
```