| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br>TRENK, DiPASQUALE,<br> DELLA FERA & SODONO, P.C.<br>427 Riverview Plaza<br>Trenton, NJ 08611<br>609-695-6070<br>*Proposed Attorneys for Chapter 7 Trustee,*<br>*Andrea Dobin* | **Order Filed on June 2, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In re:<br><br>CHRISTY, Arthur,<br><br>           Debtor. | Case No. 17-15332 (CMG)<br><br>Honorable Christine M. Gravelle<br><br>Chapter 7 |

Recommended Local Form:    ☐ Followed    ☒ Modified

**ORDER AUTHORIZING RETENTION OF TRENK, DiPASQUALE,
DELLA FERA & SODONO, P.C. AS ATTORNEY TO TRUSTEE**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: June 2, 2017**

*/s/ Christine M. Gravelle*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

In re: Christy, Arthur

Case No.: 17-15332 (CMG)

Applicant: Andrea Dobin

☒ Trustee:   ☒ Chap. 7     ☐ Chap. 11

☐ Debtor:    ☐ Chap. 11    ☐ Chap. 13

☐ Official Committee of _____

Professional: Trenk, DiPasquale, Della Fera & Sodono, P.C.

Address: 427 Riverview Plaza
Trenton, NJ 08611

☒ Attorney for:

☒ Trustee     ☐ Debtor-in-Possession

☐ Official Committee of _____

☐ Accountant for:

☐ Trustee     ☐ Debtor-in-Possession

☐ Official Committee of _____

☐ Other Professional:

☐ Realtor    ☐ Appraiser    ☐ Special Counsel    ☐ Auctioneer

☐ Other (specify): _____

---

Upon the applicant's request for authorization to retain the professional named above,

It is hereby **ORDERED** as follows:

1. The applicant, Andrea Dobin, Chapter 7 Trustee, is authorized to retain the professional, Trenk, DiPasquale, Della Fera & Sodono, P.C., to act as attorney for the Trustee.

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3. The effective date of retention is May 10, 2017.

4841-8689-0057, v. 1