| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br>TRENK, DiPASQUALE,<br>  DELLA FERA & SODONO, P.C.<br>427 Riverview Plaza<br>Trenton, NJ 08611<br>609-695-6070<br>*Proposed Attorneys for Chapter 7 Trustee,*<br>*Andrea Dobin* | Order Filed on June 2, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>CHRISTY, Arthur,<br><br>                    Debtor. | Case No. 17-15332 (CMG)<br><br>Honorable Christine M. Gravelle<br><br>Chapter 7 |

Recommended Local Form:    ☐ Followed    ☒ Modified

**ORDER AUTHORIZING RETENTION OF TRENK, DiPASQUALE,
DELLA FERA & SODONO, P.C. AS ATTORNEY TO TRUSTEE**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: June 2, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

| | |
|---|---|
| In re: | Christy, Arthur |
| Case No.: | 17-15332 (CMG) |
| Applicant: | Andrea Dobin |

☒ Trustee:  ☒ Chap. 7  ☐ Chap. 11

☐ Debtor:  ☐ Chap. 11  ☐ Chap. 13

☐ Official Committee of _____

Professional: Trenk, DiPasquale, Della Fera & Sodono, P.C.

Address: 427 Riverview Plaza
Trenton, NJ 08611

☒ Attorney for:

    ☒ Trustee  ☐ Debtor-in-Possession

    ☐ Official Committee of _____

☐ Accountant for:

    ☐ Trustee  ☐ Debtor-in-Possession

    ☐ Official Committee of _____

☐ Other Professional:

    ☐ Realtor  ☐ Appraiser  ☐ Special Counsel  ☐ Auctioneer

    ☐ Other (specify): _____

Upon the applicant's request for authorization to retain the professional named above,

It is hereby **ORDERED** as follows:

1. The applicant, Andrea Dobin, Chapter 7 Trustee, is authorized to retain the professional, Trenk, DiPasquale, Della Fera & Sodono, P.C., to act as attorney for the Trustee.

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3. The effective date of retention is May 10, 2017.

4841-8689-0057, v. 1

United States Bankruptcy Court
District of New Jersey

In re:  
Arthur Christy  
       Debtor

Case No. 17-15332-CMG  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin           Page 1 of 1      Date Rcvd: Jun 02, 2017
                      Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2017.
db             +Arthur Christy,   2 Beach Way,   Sea Bright, NJ 07760-2102

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2017 at the address(es) listed below:
      Alan R. Ostrowitz    on behalf of Creditor    Valley National Bank ostrowlaw@optonline.net
      Andrea  Dobin    ecftrusteead@trenklawfirm.com, NJ55@ecfcbis.com
      Andrea  Dobin    on behalf of Trustee Andrea  Dobin adobin@trenklawfirm.com
      Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as trustee, on behalf of the holders of the Home Equity Mortgage Trust 2006-3 Home Equity Mortgage Pass-Through Certificates, Series 2006-3 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Richard J. Pepsny    on behalf of Debtor Arthur  Christy pepsnylawfirm@msn.com
      U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                          TOTAL: 6