| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Andrea Dobin, Chapter 7 Trustee<br>427 Riverview Plaza<br>Trenton, New Jersey  08607<br>(609) 695-6070 | **Order Filed on July 7, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In re:<br><br>     CHRISTY, Arthur,<br><br>                                   Debtor. | Case No.  17-15332 (CMG)<br><br>Adv. No.<br><br>Hearing Date:<br><br>Hon. Christine M. Gravelle |

## CONSENT ORDER EXTENDING TIME TO OBJECT TO DISCHARGE

The relief set forth on the following page numbered two (2) is hereby **ORDERED.**

**DATED: July 7, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(Page 2)**

Debtor:  Christy, Arthur
Case No: 17-15332 (CMG)
Caption of Order: Consent Order Extending Time to Object to Discharge

**THIS MATTER** having been opened to the Court upon the Application of Andrea Dobin (the "Trustee"), in the above-captioned proceeding, for the entry of a Consent Order Extending Time to Object to Discharge and the Court having read and considered the Consent Order and for other and good cause shown:

**IT IS ORDERED** that the Trustee, the Office of the United States Trustee and any other party-in-interest's time period to object to the Debtor's discharge pursuant to Fed.R.Bankr.P. 4004(a) shall be extended to September 10, 2017. The undersigned consent to the form, substance and entry of this Consent Order.

**ANDREA DOBIN, TRUSTEE**

Dated:    6/23/2017            By:    /s/ Andrea Dobin
                                      Andrea Dobin


**RICHARD J. PEPSNY**
**Counsel to Debtor**

Dated:    6/23/2017            By:    /s/ Richard J. Pepsny
                                      Richard J. Pepsny

4823-3560-8139, v. 1