UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Andrea Dobin, Chapter 7 Trustee
427 Riverview Plaza
Trenton, New Jersey  08607
(609) 695-6070

Order Filed on July 7, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

    CHRISTY, Arthur,

              Debtor.

Case No.  17-15332 (CMG)

Adv. No.

Hearing Date:

Hon. Christine M. Gravelle

## CONSENT ORDER EXTENDING TIME TO OBJECT TO DISCHARGE

The relief set forth on the following page numbered two (2) is hereby **ORDERED.**

**DATED: July 7, 2017**

*(signature)*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(Page 2)**

Debtor: Christy, Arthur

Case No: 17-15332 (CMG)

Caption of Order: Consent Order Extending Time to Object to Discharge

 

**THIS MATTER** having been opened to the Court upon the Application of Andrea Dobin (the "Trustee"), in the above-captioned proceeding, for the entry of a Consent Order Extending Time to Object to Discharge and the Court having read and considered the Consent Order and for other and good cause shown:

**IT IS ORDERED** that the Trustee, the Office of the United States Trustee and any other party-in-interest's time period to object to the Debtor's discharge pursuant to Fed.R.Bankr.P. 4004(a) shall be extended to September 10, 2017. The undersigned consent to the form, substance and entry of this Consent Order.

                      **ANDREA DOBIN, TRUSTEE**

Dated: 6/23/2017        By: /s/ Andrea Dobin
                           Andrea Dobin

                       **RICHARD J. PEPSNY**
                       **Counsel to Debtor**

Dated: 6/23/2017        By: /s/ Richard J. Pepsny
                           Richard J. Pepsny

4823-3560-8139, v. 1

United States Bankruptcy Court
District of New Jersey

In re:  
Arthur Christy  
    Debtor

Case No. 17-15332-CMG  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jul 07, 2017  
                Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2017.  
db         +Arthur Christy,   2 Beach Way,   Sea Bright, NJ 07760-2102

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                       TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2017                                                             Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2017 at the address(es) listed below:

          Alan R. Ostrowitz    on behalf of Creditor    Valley National Bank ostrowlaw@optonline.net  
          Andrea Dobin    ecftrusteead@trenklawfirm.com, NJ55@ecfcbis.com  
          Andrea Dobin    on behalf of Trustee Andrea Dobin adobin@trenklawfirm.com  
          Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as trustee, on behalf of the holders of the Home Equity Mortgage Trust 2006-3 Home Equity Mortgage Pass-Through Certificates, Series 2006-3 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
          Michael R. Caruso    on behalf of Creditor    Capitol Indemnity Corporation mcaruso@csglaw.com, ecf@csglaw.com  
          Michael R. Caruso    on behalf of Creditor    Platte River Insurance Company mcaruso@csglaw.com, ecf@csglaw.com  
          Richard J. Pepsny    on behalf of Debtor Arthur Christy pepsnylawfirm@msn.com  
          U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov

                                                                                        TOTAL: 8