Form order – ntcorder

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  17–15332–CMG
Chapter:  7
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Arthur Christy
    2 Beach Way
    Sea Bright, NJ 07760

Social Security No.:
    xxx–xx–0942

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on August 22, 2017, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 32 – 31
Order Granting Application For Retention of Professional Sharer Petree Brotz & Snyder as Accountant for Chapter 7 Trustee (Related Doc # 31). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 8/22/2017. (dmi)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: August 22, 2017
JAN: dmi

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 17-15332-CMG
Arthur Christy                                                  Chapter 7
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 1          Date Rcvd: Aug 22, 2017
                             Form ID: orderntc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 24, 2017.
acc            +Sharer Petree Brotz & Snyder,   1103 Laurel Oak Road,   Suite 105B,   Voorhees, NJ 08043-4376

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 22, 2017 at the address(es) listed below:
          Alan R. Ostrowitz   on behalf of Creditor   Valley National Bank ostrowlaw@optonline.net
          Andrea Dobin   ecftrusteead@trenklawfirm.com,  NJ55@ecfcbis.com
          Andrea Dobin   on behalf of Trustee Andrea Dobin adobin@trenklawfirm.com
          Denise E. Carlon   on behalf of Creditor   U.S. Bank National Association, as trustee, on behalf
           of the holders of the Home Equity Mortgage Trust 2006-3 Home Equity Mortgage Pass-Through
           Certificates, Series 2006-3 dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Michael R. Caruso   on behalf of Creditor   Capitol Indemnity Corporation mcaruso@csglaw.com,
           ecf@csglaw.com
          Michael R. Caruso   on behalf of Creditor   Platte River Insurance Company mcaruso@csglaw.com,
           ecf@csglaw.com
          Richard J. Pepsny   on behalf of Debtor Arthur  Christy pepsnylawfirm@msn.com
          U.S. Trustee.   USTPRegion03.NE.ECF@usdoj.gov
                                                                           TOTAL: 8