|  |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br>**TRENK, DiPASQUALE,**<br>**DELLA FERA & SODONO, P.C.**<br>427 Riveriew Plaza<br>Trenton, NJ 08611<br>(609) 695-6070<br>Andrea Dobin<br>adobin@trenklawfirm.com<br>*Counsel to Andrea Dobin, Chapter 7 Trustee* |

Order Filed on September 20, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

CHRISTY, ARTHUR,

              Debtor.

Chapter 7

Case No. 17-15332 (CMG)

Honorable Christine M. Gravelle, U.S.B.J.

Recommended Local Form:     ☐ Followed     ☒ Modified

**ORDER AUTHORIZING RETENTION OF SHARER PETREE BROTZ & SNYDER**
**AS ACCOUNTANT TO TRUSTEE**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: September 20, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

In re:          Christy, Arthur

Case No.:    17-15332 (CMG)

Applicant:   Andrea Dobin

☒ Trustee:   ☒ Chap. 7         ☐ Chap. 11

☐ Debtor:    ☐ Chap. 11        ☐ Chap. 13

☐ Official Committee of _____

Professional: Sharer Petree Brotz & Snyder

Address:     1103 Laurel Oak Road
             Suite 105B
             Voorhees, NJ 08043

☐ Attorney for:

   ☐ Trustee    ☐ Debtor-in-Possession

   ☐ Official Committee of _____

☒ Accountant for:

   ☒ Trustee    ☐ Debtor-in-Possession

   ☐ Official Committee of _____

☐ Other Professional:

   ☐ Realtor    ☐ Appraiser    ☐ Special Counsel    ☐ Auctioneer

   ☐ Other (specify): _____

Upon the applicant's request for authorization to retain the professional named above,

It is hereby **ORDERED** as follows:

1. The applicant, Andrea Dobin, Chapter 7 Trustee, is authorized to retain the professional, Sharer Petree Brotz & Snyder, to act as accountant for the Trustee.

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3. The effective date of retention is August 8, 2017.

4812-3243-6813, v. 1

United States Bankruptcy Court
District of New Jersey

In re:                                                                                  Case No. 17-15332-CMG
Arthur Christy                                                                          Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3            User: admin              Page 1 of 1            Date Rcvd: Sep 21, 2017
                                Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 23, 2017.
db              +Arthur Christy,    2 Beach Way,    Sea Bright, NJ 07760-2102

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 21, 2017 at the address(es) listed below:
              Alan R. Ostrowitz    on behalf of Creditor    Valley National Bank ostrowlaw@optonline.net
              Andrea  Dobin    ecftrusteead@trenklawfirm.com, NJ55@ecfcbis.com
              Andrea  Dobin    on behalf of Trustee Andrea  Dobin adobin@trenklawfirm.com
              Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as trustee, on behalf
               of the holders of the Home Equity Mortgage Trust 2006-3 Home Equity Mortgage Pass-Through
               Certificates, Series 2006-3 dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Michael R. Caruso    on behalf of Creditor    Capitol Indemnity Corporation mcaruso@csglaw.com,
               ecf@csglaw.com
              Michael R. Caruso    on behalf of Creditor    Platte River Insurance Company mcaruso@csglaw.com,
               ecf@csglaw.com
              Richard J. Pepsny    on behalf of Debtor Arthur  Christy pepsnylawfirm@msn.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8