UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

Order Filed on October 24, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Arthur Christy

Case Number:    17-15332-CMG

Hearing Date:    10/24/17

Judge:    Christine M. Gravelle

Chapter:    7

Recommended Local Form:   ☐ Followed   ☒ Modified

## ORDER TO TREAT PROOF OF CLAIM FILED BY RORY P. COLLINS AS TIMELY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 24, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

This matter having been opened to the Court by ___Creditor, Rory P. Collins___
on a Motion to Extend Time To File A Proof of Claim.
and the Court having considered the pleadings in this matter, and for good cause
shown, it is

**ORDERED** that Proof of claim #: " filed by creditor Tqt{"R0Eqnkpu on 3214139
shall be treated as timely.