**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-1(b)

**Order Filed on October 24, 2017**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

Arthur Christy

Case Number: ____17-15332-CMG____

Hearing Date: ____10/24/17____

Judge: ____Christine M. Gravelle____

Chapter: ____7____

Recommended Local Form:   ☐ Followed   ☒ Modified

# ORDER TO TREAT PROOF OF CLAIM FILED BY RORY P. COLLINS AS TIMELY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 24, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

This matter having been opened to the Court by   Creditor, Rory P. Collins   on a Motion to Extend Time To File A Proof of Claim.
and the Court having considered the pleadings in this matter, and for good cause shown, it is

**ORDERED** that Proof of claim #8 filed by creditor Rory P. Collins on 10/2/17 shall be treated as timely.

United States Bankruptcy Court
District of New Jersey

In re:  
Arthur Christy  
       Debtor

Case No. 17-15332-CMG  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Oct 24, 2017  
                      Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 26, 2017.  
db           +Arthur Christy,   2 Beach Way,   Sea Bright, NJ 07760-2102

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                       TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2017                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2017 at the address(es) listed below:

          Alan R. Ostrowitz     on behalf of Creditor    Valley National Bank ostrowlaw@optonline.net  
          Andrea  Dobin     on behalf of Trustee Andrea  Dobin adobin@trenklawfirm.com  
          Andrea  Dobin     ecftrusteead@trenklawfirm.com, NJ55@ecfcbis.com  
          Denise E. Carlon     on behalf of Creditor    U.S. Bank National Association, as trustee, on behalf  
           of the holders of the Home Equity Mortgage Trust 2006-3 Home Equity Mortgage Pass-Through  
           Certificates, Series 2006-3 dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com  
          Michael R. Caruso     on behalf of Creditor    Platte River Insurance Company mcaruso@csglaw.com,  
           ecf@csglaw.com  
          Michael R. Caruso     on behalf of Creditor    Capitol Indemnity Corporation mcaruso@csglaw.com,  
           ecf@csglaw.com  
          Michele M. Dudas     on behalf of Trustee Andrea  Dobin mdudas@trenklawfirm.com  
          Michele M. Dudas     on behalf of Plaintiff Andrea  Dobin mdudas@trenklawfirm.com  
          Richard J. Pepsny     on behalf of Debtor Arthur  Christy pepsnylawfirm@msn.com  
          U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                  TOTAL: 10