UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re: : Case no.: 17-15332

Arthur Christy : Chapter: 7

: Judge: Gravelle

Debtor(s) :

**CERTIFICATION OF NO OBJECTION**

I _____Gary A. Nau_____, Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed:

- ☐ Abandonment
- ☐ Public Sale
- ☐ Private Sale
- ☒ Settlement of Controversy
- ☐ Auctioneer Compensation

Description of Property (if applicable):
Proposed Settlement of Avoidance Action and Related Claims for Turnover.

JEANNE A. NAUGHTON, Clerk

Date: 11/9/2017     By: Gary A. Nau

*rev.2/10/17*