UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br>ARTHUR CHRISTY, | Case No.: 17-15332 (CMG)<br>Chapter: 7<br>Judge: Christine M. Gravelle |

## NOTICE OF PROPOSED PRIVATE SALE

___Andrea Dobin___, ___Chapter 7 Trustee___, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk: Clerk, U.S. Bankruptcy Court
402 East State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable ___Christine M. Gravelle___ on ___December 5, 2017___ at ___10:00___ a.m. at the United States Bankruptcy Court, courtroom no. ___3___, ___402 East State Street, Trenton, NJ___. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

| | |
|---|---|
| Description of property to be sold: | Interests of Estate in real property located at (a) 28 Prosper Street, New Brunswick, New Jersey ("Prosper Property") and (b) 65 Bartlett Street, New Brunswick, New Jersey ("Bartlett Property). |
| Proposed Purchaser: | Rodney Moskowitz, and/or a New Jersey limited liability company to be formed |
| Sale price: | (a) $440,000 for Prosper Property; and (b) $865,000 for Bartlett Property. Eugene Wishnic has a 50% ownership interest in each of the properties |

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

| | |
|---|---|
| Name of Professional: | Gloria Nilson & Co. Real Estate |
| Amount to be paid: | (a) $30,800 for Prosper Property; (b) $60,550 for Barlett Property (7%) |
| Services rendered: | The professional listed the Property for sale, arranged for the Property to be shown, assisted in the presentation of contracts for sale and negotiations regarding same, and will assist in the consummation of the sale of the Property to the extent it is approved by the Court. |

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Michele M. Dudas, Esq., counsel to the Trustee

Address: Trenk, DiPasquale, 347 Mt. Pleasant Avenue, Ste 300, West Orange, NJ 07052

Telephone No.: (973) 243-8600

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-15332-CMG
Arthur Christy                                                            Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Nov 09, 2017
                              Form ID: pdf905          Total Noticed: 46

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 11, 2017.
db           +Arthur Christy,    2 Beach Way,    Sea Bright, NJ 07760-2102
cr           +Capitol Indemnity Corporation,    c/o Chiesa Shahinian & Giantomasi PC,    One Boland Drive,
               Attn. Michael R. Caruso, Esq.,    West Orange, NJ 07052-3686
r            +Gloria Nelson & Co.,    33 Witherspoon St.,    Princeton, NJ 08542-3207
cr           +Platte River Insurance Company,    c/o Chiesa Shahinian & Giantomasi PC,    One Boland Drive,
               Attn: Michael R. Caruso, Esq.,    West Orange, NJ 07052-3686
acc          +Sharer Petree Brotz & Snyder,    1103 Laurel Oak Road,    Suite 105B,    Voorhees, NJ 08043-4376
cr           +Valley National Bank,    1445 Valley Road,    Wayne, NJ 07470-8438
516709895     AMCA Bio Reference Lab,    22695 Sawmill River Road,    Building 3,    Elmsford, NY 10523
516709894    +Alert Ambulance Service, Inc.,    PO Box 192,    Brick, NJ 08723-0192
516709896    +Apex Asset Management,    PO Box 5407,    Lancaster, PA 17606-5407
517102843    +Arthur Christy,    Rory P. Collins,    61 King Ave.,    Weehawkin, NJ 07086-6906
516709897    #+Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
517028486    +Capitol Indemnity Corp.,    One Boland Drive Michael R. Caruso, Esq.,    W. Orange, NJ 07052-3686
516709898    +Capitol Indemnity Corporation,    P.O. Box 5900,    Madison, WI 53705-0900
516709899    +Chase Mortgage,    3415 Vision Dr,    Columbus, OH 43219-6009
516709900    +Citicards Cbna,    Citicorp Credit Svc/Centralized Bankrupt,    Po Box 790040,
               Saint Louis, MO 63179-0040
516995344    +George Moutis,    1305 South Roller Road,    Ocean, NJ 07712-3988
516709902    +Gina A. Makoujy, Esq.,    Tesser & Cohen,    946 Main Street,    Hackensack, NJ 07601-5100
516709903    +Hackensack Meridian,    PO Box 650292,    Dallas, TX 75265-0292
516709904    +Hedinger and Lawless, LLC,    147 Columbia Turnpike # 200,    Florham Park, NJ 07932-2199
516709905    +Hudson Insurance Company,    100 William Street,    New York, NY 10038-5044
516709906     IRS,    PO Box 37009,    Hartford, CT 06176-0009
516709907    #+Jill Christy,    1 Blue Hills Drive,    Holmdel, NJ 07733-2217
516995604    +Kasandra Moutis,    1305 South Roller Road,    Ocean, NY 07712-3988
516709908    +Lincroft Village Dental Care,    9 Middletown Lincroft Road,    Lincroft, NJ 07738-1511
516709909    +Martha Ostrowitz, Esq.,    Ostrowitz & Ostrowitz,    225 Gordons Corner Rd,
               Manalapan, NJ 07726-3342
516709910    +Monmouth Cty Prob,    Po Box 1259,    Freehold, NJ 07728-1259
516709913     Rory P. Collins,    61 King Ave.,    Weehawken, NJ 07086-6906
516988931    +Structural Concepts, Inc.,    1305 South Roller Road,    Ocean, NJ 07712-3989
516709916    +The Sherwin Williams Co.,    101 W Prospect Ave #1020,    Cleveland, OH 44115-1027
516709901    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court: Elan Financial Service,    Po Box 790084,    Saint Louis, MO 63179)
516885694    +VNB Loan Svc., Inc.,    747 Chestnut Ridge Rd.,    Chestnut Ridge, NY 10977-6224
516732400    +Valley National Bank,    1455 Valley Road,    Wayne, New Jersey 07470-8448
516709918    +Valley National Bank,    1460 Valley Rd,    Wayne, NJ 07470-8494
516743528    +Valley National Bank,    225 Gordons Corner Rd., Ste. 1J,    Manalapan, NJ 07726-3342
516709919    +Valley National Bank,    362 Broad Street,    Red Bank, NJ 07701-2120
516709917    +Valley National Bank,    1720 Route 23 North,    Wayne, NJ 07470-7524
516979351    +Verizon by American InfoSource,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
516709920    +Wells Fargo Bank,    Mac-F8235-02f,    Po Box 10438,    Des Moines, IA 50306-0438

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Nov 09 2017 23:05:38     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 09 2017 23:05:35     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
516709912    +E-mail/Text: bkrpt@retrievalmasters.com Nov 09 2017 23:05:34     RMCB,    PO Box 1235,
               Elmsford, NY 10523-0935
516709911    +E-mail/Text: RMCbankruptcy@hackensackmeridian.org Nov 09 2017 23:06:19
               Riverview Medical Center,    PO Box 397,    Neptune, NJ 07754-0397
516709914    +E-mail/Text: jennifer.chacon@spservicing.com Nov 09 2017 23:06:50
               Select Portfolio Servicing, Inc,    Po Box 65250,    Salt Lake City, UT 84165-0250
516714858    +E-mail/PDF: gecsedi@recoverycorp.com Nov 09 2017 23:08:19     Synchrony Bank,
               c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
516709915    +E-mail/PDF: gecsedi@recoverycorp.com Nov 09 2017 23:08:39     Synchrony Bank/Care Credit,
               Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
516971343     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 09 2017 23:14:43     Verizon,
               by American InfoSource LP as agent,    PO Box 248838,    Oklahoma City, OK  73124-8838
                                                                                              TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +Rory P. Collins,    61 King Ave.,    Weehawken, NJ 07086-6906
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-3          User: admin              Page 2 of 2               Date Rcvd: Nov 09, 2017
                              Form ID: pdf905          Total Noticed: 46
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2017                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 7, 2017 at the address(es) listed below:

```
          Alan R. Ostrowitz    on behalf of Creditor    Valley National Bank ostrowlaw@optonline.net
          Andrea  Dobin    ecftrusteead@trenklawfirm.com, NJ55@ecfcbis.com
          Andrea  Dobin    on behalf of Trustee Andrea  Dobin adobin@trenklawfirm.com
          Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as trustee, on behalf
           of the holders of the Home Equity Mortgage Trust 2006-3 Home Equity Mortgage Pass-Through
           Certificates, Series 2006-3 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Michael R. Caruso    on behalf of Creditor    Capitol Indemnity Corporation mcaruso@csglaw.com,
           ecf@csglaw.com
          Michael R. Caruso    on behalf of Creditor    Platte River Insurance Company mcaruso@csglaw.com,
           ecf@csglaw.com
          Michele M. Dudas    on behalf of Trustee Andrea  Dobin mdudas@trenklawfirm.com
          Michele M. Dudas    on behalf of Plaintiff Andrea  Dobin mdudas@trenklawfirm.com
          Richard J. Pepsny    on behalf of Debtor Arthur  Christy pepsnylawfirm@msn.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                        TOTAL: 10
```