| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004**<br>**TRENK, DIPASQUALE,**<br>**DELLA FERA & SODONO, P.C.**<br>427 Riverview Plaza<br>Trenton, New Jersey 08611<br>(609) 695-6070<br>Andrea Dobin<br>Michele M. Dudas<br>*Attorneys for Andrea Dobin, Chapter 7 Trustee* | **Order Filed on November 20, 2017**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| In re:<br><br>ARTHUR CHRISTY,<br><br>           Debtor. | Case No. 17-15332 (CMG)<br><br>Honorable Christine M. Gravelle, U.S.B.J.<br><br>Chapter 7 |

**STIPULATION OF SETTLEMENT AND CONSENT ORDER RESPECTING SETTLEMENT OF AVOIDANCE ACTIONS AGAINST DEBTOR, AND GRANTING RELATED RELIEF**

The relief set forth on the following pages two (2) and four (4) is hereby **ORDERED**.

**DATED: November 20, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

| | |
|---|---|
| Debtor: | Arthur Christy |
| Case No: | 17-15332 (CMG) |
| Caption of Order: | Stipulation and Consent Order Resolving Avoidance Actions Against Debtor and Granting Related Relief |

---

**WHEREAS,** on March 20, 2017, the Debtor filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code (the "Petition Date"); and

**WHEREAS**, the Debtor filed his Schedules and Statement of Financial Affairs with his bankruptcy petition; and

**WHEREAS**, the Debtor signed both the Schedules and Statement of Financial Affairs submitted with his bankruptcy petition under penalty of perjury; and

**WHEREAS**, Andrea Dobin (the "Trustee") was appointed the Chapter 7 Trustee in the Debtor's case on March 21, 2017 and continues to serve in that capacity; and

**WHEREAS**, the Debtor affirmatively stated that he has no interest in any businesses in response to Question 19 of Schedule "B" of his bankruptcy schedules. However, the Debtor has an ownership in Christy Management Corp.; and

**WHEREAS**, the Debtor affirmatively stated that no party owed him any money in response to Question 30 of Schedule "B" of his bankruptcy schedules. However, Christy Management Corp. owes him money in an unknown amount ("Receivable"); and

**WHEREAS**, the Debtor received $1,500 (the "Payment") from Christy Management Corp. (the "Company") on or about April 11, 2017, less than one month after he filed his Bankruptcy Petition and before he appeared at his First Meeting of Creditors; and

**WHEREAS**, upon information and belief, the Payment was in partial satisfaction of sums owed to the Debtor by the Company; and

**WHEREAS**, any sums due and owing to the Debtor as of the Petition Date, including the Receivable, are property of the Estate pursuant to 11 U.S.C. §541; and

Debtor:              Arthur Christy
Case No:             17-15332 (CMG)
Caption of Order:    Stipulation and Consent Order Resolving Avoidance Actions Against Debtor and Granting Related Relief

---

**WHEREAS**, the financial obligation owed to the Debtor by the Company, including the Receivable and Payment, is property of the Bankruptcy Estate; and

**WHEREAS**, in response to Question 8 of the Statement of Financial Affairs, the Debtor affirmatively stated that he did not transfer any property to an insider on account of a debt that was owed; and

**WHEREAS**, within a year of the Petition Date, the Debtor transferred his Submariner Rolex watch with an estimated value of $5,000 to his father, allegedly on account of a financial obligation due and owing by the Debtor to his father ("Post-Petition Transfer"); and

**WHEREAS**, the Debtor's father is an insider of the Debtor; and

**WHEREAS**, by letter dated May 16, 2017, the Trustee demanded that the Debtor turnover the Payment and, thereafter, began discussions regarding the Post-Petition Transfer (collectively, the "Demand"); and

**WHEREAS**, in response to the Demand, the Trustee and the Debtor have agreed to resolve the Demand on the terms and conditions outlined above; and

**WHEREAS**, the Debtor has amended his schedules and Statement of Financial Affairs to cure the aforementioned errors.

**NOW THEREFORE, intending to be legally bound hereby**, the parties stipulate and agree as follows:

1.      The Debtor will make six (6) monthly payments totaling $6,500 to the Trustee as follows to resolve the Demand: (a) commencing as of October 1, 2017, the Debtor will make five (5) monthly payments of $1,050; and (b) a sixth (6th) and final payment of $1,250 on or before March 1, 2018.

Debtor: Arthur Christy
Case No: 17-15332 (CMG)
Caption of Order: Stipulation and Consent Order Resolving Avoidance Actions Against Debtor and Granting Related Relief

---

2. In the event of non-payment, the Debtor will have the right to a notice to cure within five (5) days from written notice of default to Debtor's counsel, via electronic mail.

3. Should the Debtor default and fail to cure any payment, the Debtor acknowledges and agrees that said default constitutes a failure to abide by a court order and he has no defense and will not assert any in the event that the Trustee seeks to revoke his discharge pursuant to 11 U.S.C. § 727(a)(6).

4. The parties acknowledge that this Stipulation and Consent Order relates solely to the Demand and nothing contained herein limits the rights or remedies of the Trustee relating to any and all other assets of this bankruptcy estate, whether disclosed or undisclosed, discovered or undiscovered as of the date of the Stipulation and Consent Order.

The undersigned represent and warrant that they have authority to execute this Stipulation and Consent Order on behalf of their clients and bind them to the terms hereof.

| | |
|---|---|
| **TRENK, DiPASQUALE, DELLA FERA & SODONO, P.C.** | **LAW OFFICE OF RICHARD J. PEPSNY, P.A.** |
| *Counsel to Andrea Dobin, Chapter 7 Trustee* | *Counsel to Arthur Christy, Chapter 7 Debtor* |
| By: */s/ Andrea Dobin*<br>Andrea Dobin | By: */s/ Richard J. Pepsny*<br>RICHARD J. PEPSNY |
| Dated: October __, 2017 | Dated: October __, 2017 |

4830-4876-4495, v. 1