| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004<br>**TRENK, DIPASQUALE,**<br>**DELLA FERA & SODONO, P.C.**<br>427 Riverview Plaza<br>Trenton, New Jersey 08611<br>(609) 695-6070<br>Andrea Dobin<br>Michele M. Dudas<br>*Attorneys for Andrea Dobin, Chapter 7 Trustee* | Order Filed on November 20, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>ARTHUR CHRISTY,<br><br>    Debtor. | Case No. 17-15332 (CMG)<br><br>Honorable Christine M. Gravelle, U.S.B.J.<br><br>Chapter 7 |

**STIPULATION OF SETTLEMENT AND CONSENT ORDER RESPECTING SETTLEMENT OF AVOIDANCE ACTIONS AGAINST DEBTOR, AND GRANTING RELATED RELIEF**

The relief set forth on the following pages two (2) and four (4) is hereby **ORDERED**.

**DATED: November 20, 2017**

*Honorable Christine M. Gravelle*
United States Bankruptcy Judge

Debtor:           Arthur Christy
Case No:          17-15332 (CMG)
Caption of Order: Stipulation and Consent Order Resolving Avoidance Actions Against Debtor and Granting Related Relief

---

**WHEREAS,** on March 20, 2017, the Debtor filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code (the "Petition Date"); and

**WHEREAS**, the Debtor filed his Schedules and Statement of Financial Affairs with his bankruptcy petition; and

**WHEREAS**, the Debtor signed both the Schedules and Statement of Financial Affairs submitted with his bankruptcy petition under penalty of perjury; and

**WHEREAS**, Andrea Dobin (the "Trustee") was appointed the Chapter 7 Trustee in the Debtor's case on March 21, 2017 and continues to serve in that capacity; and

**WHEREAS**, the Debtor affirmatively stated that he has <u>no</u> interest in any businesses in response to Question 19 of Schedule "B" of his bankruptcy schedules. However, the Debtor has an ownership in Christy Management Corp.; and

**WHEREAS**, the Debtor affirmatively stated that no party owed him any money in response to Question 30 of Schedule "B" of his bankruptcy schedules. However, Christy Management Corp. owes him money in an unknown amount ("Receivable"); and

**WHEREAS**, the Debtor received $1,500 (the "Payment") from Christy Management Corp. (the "Company") on or about April 11, 2017, less than one month after he filed his Bankruptcy Petition and <u>before</u> he appeared at his First Meeting of Creditors; and

**WHEREAS**, upon information and belief, the Payment was in partial satisfaction of sums owed to the Debtor by the Company; and

**WHEREAS**, any sums due and owing to the Debtor as of the Petition Date, including the Receivable, are property of the Estate pursuant to 11 U.S.C. §541; and

| | |
|---|---|
| Debtor: | Arthur Christy |
| Case No: | 17-15332 (CMG) |
| Caption of Order: | Stipulation and Consent Order Resolving Avoidance Actions Against Debtor and Granting Related Relief |

**WHEREAS**, the financial obligation owed to the Debtor by the Company, including the Receivable and Payment, is property of the Bankruptcy Estate; and

**WHEREAS**, in response to Question 8 of the Statement of Financial Affairs, the Debtor affirmatively stated that he did not transfer any property to an insider on account of a debt that was owed; and

**WHEREAS**, within a year of the Petition Date, the Debtor transferred his Submariner Rolex watch with an estimated value of $5,000 to his father, allegedly on account of a financial obligation due and owing by the Debtor to his father ("Post-Petition Transfer"); and

**WHEREAS**, the Debtor's father is an insider of the Debtor; and

**WHEREAS**, by letter dated May 16, 2017, the Trustee demanded that the Debtor turnover the Payment and, thereafter, began discussions regarding the Post-Petition Transfer (collectively, the "Demand"); and

**WHEREAS**, in response to the Demand, the Trustee and the Debtor have agreed to resolve the Demand on the terms and conditions outlined above; and

**WHEREAS**, the Debtor has amended his schedules and Statement of Financial Affairs to cure the aforementioned errors.

**NOW THEREFORE, intending to be legally bound hereby**, the parties stipulate and agree as follows:

1.    The Debtor will make six (6) monthly payments totaling $6,500 to the Trustee as follows to resolve the Demand: (a) commencing as of October 1, 2017, the Debtor will make five (5) monthly payments of $1,050; and (b) a sixth (6th) and final payment of $1,250 on or before March 1, 2018.

Debtor:           Arthur Christy
Case No:          17-15332 (CMG)
Caption of Order: Stipulation and Consent Order Resolving Avoidance Actions Against Debtor and Granting Related Relief

---

2. In the event of non-payment, the Debtor will have the right to a notice to cure within five (5) days from written notice of default to Debtor's counsel, via electronic mail.

3. Should the Debtor default and fail to cure any payment, the Debtor acknowledges and agrees that said default constitutes a failure to abide by a court order and he has no defense and will not assert any in the event that the Trustee seeks to revoke his discharge pursuant to 11 U.S.C. § 727(a)(6).

4. The parties acknowledge that this Stipulation and Consent Order relates solely to the Demand and nothing contained herein limits the rights or remedies of the Trustee relating to any and all other assets of this bankruptcy estate, whether disclosed or undisclosed, discovered or undiscovered as of the date of the Stipulation and Consent Order.

The undersigned represent and warrant that they have authority to execute this Stipulation and Consent Order on behalf of their clients and bind them to the terms hereof.

| | |
|---|---|
| **TRENK, DiPASQUALE, DELLA FERA & SODONO, P.C.** | **LAW OFFICE OF RICHARD J. PEPSNY, P.A.** |
| *Counsel to Andrea Dobin, Chapter 7 Trustee* | *Counsel to Arthur Christy, Chapter 7 Debtor* |
| By: /s/ Andrea Dobin | By: /s/ Richard J. Pepsny |
| Andrea Dobin | RICHARD J. PEPSNY |
| Dated: October __, 2017 | Dated: October __, 2017 |

4830-4876-4495, v. 1

United States Bankruptcy Court
District of New Jersey

```
In re:                                                              Case No. 17-15332-CMG
Arthur Christy                                                      Chapter 7
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin                Page 1 of 1            Date Rcvd: Nov 20, 2017
                              Form ID: pdf903            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 22, 2017.
db             +Arthur Christy,    2 Beach Way,    Sea Bright, NJ 07760-2102

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 20, 2017 at the address(es) listed below:
              Alan R. Ostrowitz    on behalf of Creditor    Valley National Bank ostrowlaw@optonline.net
              Andrea  Dobin    on behalf of Trustee Andrea  Dobin adobin@trenklawfirm.com
              Andrea  Dobin    ecftrusteead@trenklawfirm.com, NJ55@ecfcbis.com
              Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as trustee, on behalf
               of the holders of the Home Equity Mortgage Trust 2006-3 Home Equity Mortgage Pass-Through
               Certificates, Series 2006-3 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Joseph H. Lemkin    on behalf of Defendant Eugene  Wishnic jlemkin@stark-stark.com
              Michael R. Caruso    on behalf of Creditor    Platte River Insurance Company mcaruso@csglaw.com,
               ecf@csglaw.com
              Michael R. Caruso    on behalf of Creditor    Capitol Indemnity Corporation mcaruso@csglaw.com,
               ecf@csglaw.com
              Michele M. Dudas    on behalf of Trustee Andrea  Dobin mdudas@trenklawfirm.com
              Michele M. Dudas    on behalf of Plaintiff Andrea  Dobin mdudas@trenklawfirm.com
              Richard J. Pepsny    on behalf of Debtor Arthur  Christy pepsnylawfirm@msn.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 11