UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Order Filed on November 30, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Arthur Christy

Case No.: 17-15332-CMG

Hearing Date:

Judge:    Christine M. Gravelle

ORDER VACATING CERTIFICATION OF NO OBJECTION

The relief set forth on the following page, numbered two (2)    is hereby **ORDERED**.

**DATED: November 30, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

# ORDER VACATING
# CERTIFICATION OF NO OBJECTION

**By** The Court entered on 11/30/17

The Court, on its own motion, finds that the CERTIFICATION OF NO OBJECTION entered in the above captioned case was entered in error and must be vacated; and for good cause shown it is

ORDERED that said CERTIFICATION OF NO OBJECTION

be and the same is hereby vacated.