UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Order Filed on November 30, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Arthur Christy

Case No.: 17-15332-CMG

Hearing Date:

Judge:     Christine M. Gravelle

ORDER VACATING CERTIFICATION OF NO OBJECTION

The relief set forth on the following page, numbered two (2)    is hereby **ORDERED**.

**DATED: November 30, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

# ORDER VACATING
# CERTIFICATION OF NO OBJECTION

**By** The Court entered on 11/30/17

The Court, on its own motion, finds that the CERTIFICATION OF NO OBJECTION entered in the above captioned case was entered in error and must be vacated; and for good cause shown it is

ORDERED that said CERTIFICATION OF NO OBJECTION

be and the same is hereby vacated.

United States Bankruptcy Court
District of New Jersey

In re:  
Arthur Christy  
    Debtor

Case No. 17-15332-CMG  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Nov 30, 2017  
                   Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 02, 2017.  
db        +Arthur Christy,    2 Beach Way,    Sea Bright, NJ 07760-2102

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 02, 2017                                   Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 30, 2017 at the address(es) listed below:
           Alan R. Ostrowitz    on behalf of Creditor    Valley National Bank ostrowlaw@optonline.net  
           Andrea Dobin    on behalf of Trustee Andrea Dobin adobin@trenklawfirm.com  
           Andrea Dobin    ecftrusteead@trenklawfirm.com, NJ55@ecfcbis.com  
           Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as trustee, on behalf of the holders of the Home Equity Mortgage Trust 2006-3 Home Equity Mortgage Pass-Through Certificates, Series 2006-3 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
           Joseph H. Lemkin    on behalf of Creditor Eugene Wishnic jlemkin@stark-stark.com  
           Joseph H. Lemkin    on behalf of Defendant Eugene Wishnic jlemkin@stark-stark.com  
           Michael R. Caruso    on behalf of Creditor    Platte River Insurance Company mcaruso@csglaw.com, ecf@csglaw.com  
           Michael R. Caruso    on behalf of Creditor    Capitol Indemnity Corporation mcaruso@csglaw.com, ecf@csglaw.com  
           Michele M. Dudas    on behalf of Trustee Andrea Dobin mdudas@trenklawfirm.com  
           Michele M. Dudas    on behalf of Plaintiff Andrea Dobin mdudas@trenklawfirm.com  
           Richard J. Pepsny    on behalf of Debtor Arthur Christy pepsnylawfirm@msn.com  
           U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                                                                   TOTAL: 12