| |
|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
| Caption in Compliance with D.N.J. LBR 9004 |
| **TRENK, DIPASQUALE,** <br> **DELLA FERA & SODONO, P.C.** <br> 427 Riverview Plaza <br> Trenton, New Jersey 08611 <br> (609) 695-6070 <br> Andrea Dobin, Esq. <br> (adobin@trenklawfirm.com) <br> Michele M. Dudas, Esq. <br> (mdudas@trenklawfirm.com) <br> *Attorneys for Andrea Dobin, Chapter 7 Trustee* |

Order Filed on December 18, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

ARTHUR CHRISTY,

      Debtor.

Case No. 17-15332 (CMG)

Honorable Christine M. Gravelle, U.S.B.J.

Chapter 7

**Hearing Date and Time:**
**December 5, 2017, at 3:00 p.m.**

**ORDER AUTHORIZING SALE OF REAL PROPERTY LOCATED AT 28 PROSPER STREET, NEW BRUNSWICK, NEW JERSEY, FREE AND CLEAR OF LIENS, CLAIMS AND ENCUMBRANCES AND GRANTING RELATED RELIEF**

**(Revised as of December 5, 2017)**

    The relief set forth on the following pages, numbered two (2) through five (5), is hereby

**ORDERED.**

**DATED: December 18, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Debtors:         Arthur Christy
Case No.         17-15332 (CMG)
Caption of Order: Order Authorizing Sale of Real Property Located at 28 Prosper Street, New Brunswick, New Jersey, Free and Clear of Liens, Claims and Encumbrances and Granting Related Relief

---

**THIS MATTER,** having been presented to the Court by Andrea Dobin, the Chapter 7 Trustee (the "Trustee") for Arthur Christy, Chapter 7 debtor ("Debtor"), by and through her counsel, Trenk, DiPasquale, Della Fera & Sodono, P.C., by the filing of a Motion for an Order Authorizing Sale and Granting Related Relief (the "Motion") relating to the Trustee's proposed sale of the Estate's interest in the real property located (a) 28 Prosper Street, New Brunswick, New Jersey ("Prosper Property"); and (b) 65 Bartlett Street, New Brunswick, New Jersey ("Barlett Property"); due and proper notice of the Motion and related matters before the Court in this case having been given; and the Court having considered the moving papers and opposition thereto submitted by the co-owner of the properties, Eugene Wishnic ("Mr. Wishnic") by and through his counsel, Stark & Stark; and the Court having heard and considered oral argument on the Motion, including the proper manner in which to implement the rights afforded to Mr. Wishnic pursuant to Section 363(i) of the Bankruptcy Code; and Rodney Moskowitz and/or a New Jersey limited liability company to be formed having increased his offer for the Prosper Property to Four Hundred Ninety Five Thousand Dollars ($495,000); and Mr. Wishnic having elected not to exercise his right of first refusal pursuant to 11 U.S.C. § 363(i) as it relates to the Prosper Property; and Mr. Wishnic consenting to the sale of the Prosper Property as co-owner pursuant to 11 U.S.C. § 363(h) as set forth herein; and good and sufficient cause existing for the granting of the relief as set forth herein,

**THE COURT MAKES THE FOLLOWING FINDINGS OF FACT AND CONCLUSIONS OF LAW:**

Debtors:        Arthur Christy
Case No.        17-15332 (CMG)
Caption of Order: Order Authorizing Sale of Real Property Located at 28 Prosper Street, New Brunswick, New Jersey, Free and Clear of Liens, Claims and Encumbrances and Granting Related Relief

---

A. Full and adequate notice of the Motion has been afforded to all interested parties.

B. The offer made by Rodney Moskowitz, through his designee, 28 Prosper Street, LLC (the "Buyer"), in the amount of Four-Hundred Ninety-Five Thousand Dollars ($495,000), is the highest and best offer received for the Prosper Property and the sale price for the Prosper Property constitutes full and adequate consideration and reasonably equivalent value for the Prosper Property.[1]

C. The transaction being proposed by the Trustee was negotiated at arm's length and in good faith.

D. The Buyer is a good faith purchaser for value pursuant to Section 363(m) of the Bankruptcy Code and, as such, the sale of the Prosper Property is entitled to all of the protections afforded thereby. The Buyer is acting and shall act in good faith within the meaning of Section 363(m) of the Bankruptcy Code in closing the transaction(s) contemplated by in the Contract for Sale.

**IT IS HEREBY ORDERED AS FOLLOWS**:

1. The Motion is **GRANTED**.

2. The sale of the Trustee's right, title, and interest in the Prosper Property to Buyer pursuant to the terms and conditions set forth in the Contract for Sale, related Addendum, and Riders, if any, is hereby approved. The record and transcript of the hearing and all findings and determinations of this Court are hereby incorporated herein.

---

[1] Mr. Wishnic having elected his right of first refusal as it relates to the Bartlett Property, which is subject to separate Order of this Court.

Debtors: Arthur Christy
Case No. 17-15332 (CMG)
Caption of Order: Order Authorizing Sale of Real Property Located at 28 Prosper Street, New Brunswick, New Jersey, Free and Clear of Liens, Claims and Encumbrances and Granting Related Relief

---

3. The Trustee is hereby authorized to execute such necessary and appropriate documents in order to effectuate the aforesaid sales.

4. The Prosper Property is specifically being sold free and clear of any liens or encumbrances, including the following disputed judgments, with valid liens, if any, attaching to the proceeds of sale pursuant to 11 U.S.C. § 363(f):

| CREDITOR | JUDGMENT NUMBER | DATE ENTERED OR DOCKETED AS SET FORTH IN SEARCH | FACE JUDGMENT AMOUNT |
|---|---|---|---|
| Valley National Bank | J-099028-2016 | 06/16/2016 | $496,306.87 |
| Jill S. Christy | J-080421-2017 | 05/24/2017 | $15,233.53 |
| Automated Building Controls Inc. | J-101402-2017 | 06/28/2017 | $19,700.00 |
| LQD Business Finance, LLC | DJ-143150-2016 | 08/17/2016 | $777,123.54 |
| Alert Ambulance Service | DJ-050086-2017 | 04/05/2017 | $3,000.00 |

5. In addition to payment of valid liens and other standard closing costs as disclosed in the Certification of Trustee in support of the Motion, the Trustee is specifically authorized to make payment to the Broker (as defined in the Certification of Trustee submitted herewith) at closing for the real estate commission as reflected in the Certification in support of the Motion. Although the Broker has been retained for a commission in the amount of seven (7%) percent, the Broker has voluntarily reduced its commission to five (5%) percent for purposes of the sale.

6. Buyer must close on the Bartlett Property by not later than January 30, 2018.

Debtors: Arthur Christy
Case No. 17-15332 (CMG)
Caption of Order: Order Authorizing Sale of Real Property Located at 28 Prosper Street, New Brunswick, New Jersey, Free and Clear of Liens, Claims and Encumbrances and Granting Related Relief

---

7. To the extent necessary, the Trustee is authorized to execute closing documents for the Prosper Property as attorney-in-fact for Mr. Wishnic, as co-owner of the Prosper Property.

8. The Trustee will account to and disburse to Mr. Wishnic that portion of the proceeds of sale of the Prosper Property as soon as practicable following consummation of the sale of the Prosper Property.

9. The Court retains jurisdiction over the parties and this matter for, *inter alia*, purposes of enforcing this order and otherwise implementing the sale.

10. The stay provisions under Fed. R. Bankr. P. 6004(h) be and hereby are waived and, therefore, not applicable to this sale.

4849-2610-7736, v. 1