| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **TRENK, DiPASQUALE,**<br>**DELLA FERA & SODONO, P.C.**<br>427 Riverview Plaza<br>Trenton, NJ 08611<br>(609) 695-6070<br>(609) 695-6071<br>Andrea Dobin (adobin@trenklawfirm.com)<br>Michele M. Dudas (mdudas@trenklawfirm.com)<br>*Counsel to Andrea Dobin, Chapter 7 Trustee* | Order Filed on January 10, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>ARTHUR CHRISTY,<br><br>                    Debtor. | Chapter 7<br><br>Case No. 17-15332 (CMG)<br><br>Honorable Christine M. Gravelle<br><br>**Hearing Date and Time:**<br>**January 9, 2018, at 10:00 a.m.** |

### CONSENT ORDER RESOLVING MOTION OF ANDREA DOBIN, CHAPTER 7 TRUSTEE, FOR TURNOVER OF PROPERTY OF THE ESTATE

The relief set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED**.

**DATED: January 10, 2018**

*/s/ Christine M. Gravelle*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

(Page 2)
Debtor:             Arthur Christy
Case No.:           17-15332 (CMG)
Caption of Order:   Consent Order Resolving Motion of Andrea Dobin, Chapter 7 Trustee, for Turnover of Property of the Estate

---

**THIS MATTER,** having been presented to the Court by Andrea Dobin, the Chapter 7 Trustee (the "Trustee") in the bankruptcy proceeding of Arthur Christy, Chapter 7 debtor (the "Debtor"), by and through her counsel, Trenk, DiPasquale, Della Fera & Sodono, P.C., upon the filing of a Motion for an Order directing turnover of property of the Estate as it relates to the Debtor's interests in Christy Management Corp. (the "Corporation") (the "Motion"); and the Court having learned that the Corporation operates the real properties jointly owned by the Debtor and Eugene Wishnic ("Mr. Wishnic") located at 65 Bartlett Street, New Brunswick, New Jersey and 28 Prosper Street, New Brunswick, New Jersey (collectively, "Properties"); and the Debtor having filed amended Schedules reflecting an ownership interest in the Corporation with a value of $5,000, and claiming an exemption for the full amount of the value of the Corporation; and the Court having been also advised that on or about November 24, 2017, the Debtor withdrew funds from the Corporation in the amount of $9,500 ("Transfer"); and the Court having entered Orders authorizing the Trustee to sell the Properties; and the parties having resolved their differences regarding the Motion; and for good cause shown,

**IT IS HEREBY STIPULATED AND AGREED** that:

1. The Debtor will immediately turn over $4,500 to the Trustee from his personal funds, representing the difference between the non-exempt value of the Corporation and value of the Transfer.

2. The Debtor will cause the Corporation to immediately turn over to the Trustee the sum of $18,841, representing the security deposits maintained by the Corporation as it relates to the Properties.

3. The Debtor will deposit the January rent generated by the Properties into the Corporation's account and pay the regular mortgage payments and other customary and ordinary expenses relating to the Properties.

(Page 3)
Debtor:              Arthur Christy
Case No.:            17-15332 (CMG)
Caption of Order:    Consent Order Resolving Motion of Andrea Dobin, Chapter 7 Trustee, for Turnover of Property of the Estate

---

4. On January 16, 2018, the Debtor will cause the Corporation to disburse the sum of $5,000 each to the Trustee and to Mr. Wishnic.

5. If the sale of the Properties has not been fully consummated by the time the February 2018 rents are received for the Properties, the Debtor will contact the Trustee for further instruction and comply with all instructions given by the Trustee.

6. Once the Trustee notifies the Debtor that the sale of the Properties has been consummated, the Debtor will cause the Corporation to disburse any remaining balance in the Corporation's bank accounts with one half being paid to the Trustee and one half being paid to Mr. Wishnic.

7. Neither the Debtor, nor the Corporation, nor their agents is authorized to enter into and shall not enter into any new lease(s) or other contacts lasting longer than seven (7) days for the Properties.

8. The Debtor will cooperate with the Trustee and her requests made in the within Chapter 7 proceeding including requests associated with the sale of the Properties.

9. The Debtor has been advised of his right to consult with counsel prior to entering into this Consent Order and he executes same in his own free will and volition.

**TRENK DIPASQUALE**
**DELLA FERA SODONO, P.C.**
Attorneys for Andrea Dobin, Chapter 7 Trustee


By:  /s/ Michele M. Dudas                    By:  /s/ Arthur Christy
     MICHELE M. DUDAS                              ARTHUR CHRISTY, Debtor


Dated: December 31, 2017                     Dated: December 31, 2017


4837-2687-7273, v. 1