| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **TRENK, DiPASQUALE,**<br>**DELLA FERA & SODONO, P.C.**<br>427 Riverview Plaza<br>Trenton, NJ 08611<br>(609) 695-6070<br>(609) 695-6071<br>Andrea Dobin (adobin@trenklawfirm.com)<br>Michele M. Dudas (mdudas@trenklawfirm.com)<br>*Counsel to Andrea Dobin, Chapter 7 Trustee* | Order Filed on January 10, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>ARTHUR CHRISTY,<br><br>                    Debtor. | Chapter 7<br><br>Case No. 17-15332 (CMG)<br><br>Honorable Christine M. Gravelle<br><br>**Hearing Date and Time:**<br>**January 9, 2018, at 10:00 a.m.** |

### CONSENT ORDER RESOLVING MOTION OF ANDREA DOBIN, CHAPTER 7 TRUSTEE, FOR TURNOVER OF PROPERTY OF THE ESTATE

The relief set forth on the following pages, numbered two (2) through three (3), is hereby

**ORDERED**.

**DATED: January 10, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

(Page 2)
Debtor:           Arthur Christy
Case No.:         17-15332 (CMG)
Caption of Order: Consent Order Resolving Motion of Andrea Dobin, Chapter 7 Trustee, for Turnover of Property of the Estate

---

**THIS MATTER,** having been presented to the Court by Andrea Dobin, the Chapter 7 Trustee (the "Trustee") in the bankruptcy proceeding of Arthur Christy, Chapter 7 debtor (the "Debtor"), by and through her counsel, Trenk, DiPasquale, Della Fera & Sodono, P.C., upon the filing of a Motion for an Order directing turnover of property of the Estate as it relates to the Debtor's interests in Christy Management Corp. (the "Corporation") (the "Motion"); and the Court having learned that the Corporation operates the real properties jointly owned by the Debtor and Eugene Wishnic ("Mr. Wishnic") located at 65 Bartlett Street, New Brunswick, New Jersey and 28 Prosper Street, New Brunswick, New Jersey (collectively, "Properties"); and the Debtor having filed amended Schedules reflecting an ownership interest in the Corporation with a value of $5,000, and claiming an exemption for the full amount of the value of the Corporation; and the Court having been also advised that on or about November 24, 2017, the Debtor withdrew funds from the Corporation in the amount of $9,500 ("Transfer"); and the Court having entered Orders authorizing the Trustee to sell the Properties; and the parties having resolved their differences regarding the Motion; and for good cause shown,

**IT IS HEREBY STIPULATED AND AGREED** that:

1. The Debtor will immediately turn over $4,500 to the Trustee from his personal funds, representing the difference between the non-exempt value of the Corporation and value of the Transfer.

2. The Debtor will cause the Corporation to immediately turn over to the Trustee the sum of $18,841, representing the security deposits maintained by the Corporation as it relates to the Properties.

3. The Debtor will deposit the January rent generated by the Properties into the Corporation's account and pay the regular mortgage payments and other customary and ordinary expenses relating to the Properties.

(Page 3)
Debtor:            Arthur Christy
Case No.:          17-15332 (CMG)
Caption of Order:  Consent Order Resolving Motion of Andrea Dobin, Chapter 7 Trustee, for Turnover of Property of the Estate

---

4. On January 16, 2018, the Debtor will cause the Corporation to disburse the sum of $5,000 each to the Trustee and to Mr. Wishnic.

5. If the sale of the Properties has not been fully consummated by the time the February 2018 rents are received for the Properties, the Debtor will contact the Trustee for further instruction and comply with all instructions given by the Trustee.

6. Once the Trustee notifies the Debtor that the sale of the Properties has been consummated, the Debtor will cause the Corporation to disburse any remaining balance in the Corporation's bank accounts with one half being paid to the Trustee and one half being paid to Mr. Wishnic.

7. Neither the Debtor, nor the Corporation, nor their agents is authorized to enter into and shall not enter into any new lease(s) or other contacts lasting longer than seven (7) days for the Properties.

8. The Debtor will cooperate with the Trustee and her requests made in the within Chapter 7 proceeding including requests associated with the sale of the Properties.

9. The Debtor has been advised of his right to consult with counsel prior to entering into this Consent Order and he executes same in his own free will and volition.

**TRENK DIPASQUALE**
**DELLA FERA SODONO, P.C.**
Attorneys for Andrea Dobin, Chapter 7 Trustee

By:   /s/ Michele M. Dudas                By:   /s/ Arthur Christy
      MICHELE M. DUDAS                           ARTHUR CHRISTY, Debtor

Dated: December 31, 2017                  Dated: December 31, 2017

4837-2687-7273, v. 1

United States Bankruptcy Court
District of New Jersey

In re:
Arthur Christy
       Debtor

Case No. 17-15332-CMG
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jan 10, 2018
                        Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2018.
db            +Arthur Christy,    2 Beach Way,    Sea Bright, NJ 07760-2102

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2018                                           Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2018 at the address(es) listed below:
            Alan R. Ostrowitz    on behalf of Creditor    Valley National Bank ostrowlaw@optonline.net
            Andrea  Dobin    on behalf of Trustee Andrea  Dobin adobin@trenklawfirm.com
            Andrea  Dobin    ecftrusteead@trenklawfirm.com, NJ55@ecfcbis.com
            Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as trustee, on behalf
             of the holders of the Home Equity Mortgage Trust 2006-3 Home Equity Mortgage Pass-Through
             Certificates, Series 2006-3 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
            Joseph H. Lemkin    on behalf of Creditor Eugene  Wishnic jlemkin@stark-stark.com
            Joseph H. Lemkin    on behalf of Defendant Eugene  Wishnic jlemkin@stark-stark.com
            Michael R. Caruso    on behalf of Creditor    Platte River Insurance Company mcaruso@csglaw.com,
             ecf@csglaw.com
            Michael R. Caruso    on behalf of Creditor    Capitol Indemnity Corporation mcaruso@csglaw.com,
             ecf@csglaw.com
            Michele M. Dudas    on behalf of Trustee Andrea  Dobin mdudas@trenklawfirm.com
            Michele M. Dudas    on behalf of Plaintiff Andrea  Dobin mdudas@trenklawfirm.com
            Richard J. Pepsny    on behalf of Debtor Arthur  Christy pepsnylawfirm@msn.com
            U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                  TOTAL: 12