**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004

**TRENK, DIPASQUALE,
DELLA FERA & SODONO, P.C.**
427 Riverview Plaza
Trenton, New Jersey 08611
(609) 695-6070
Andrea Dobin (adobin@trenklawfirm.com)
Michele M. Dudas (mdudas@trenklawfirm.com)
*Attorneys for Andrea Dobin,
Chapter 7 Trustee*

Order Filed on March 9, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re:<br><br>ARTHUR CHRISTY,<br><br>        Debtor. | Case No. 17-15332 (CMG)<br><br>Honorable Christine M. Gravelle, U.S.B.J.<br><br>Chapter 7<br><br>**Hearing Date and Time:  N/A** |

## CONSENT ORDER REGARDING CLAIMS 4, 5 AND 6
## AND DISTRIBUTIONS RELATING TO THOSE CLAIMS

      The relief set forth on the following pages numbered two (2) and three (3) is hereby

**ORDERED.**

**DATED: March 9, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Debtors:          Arthur Christy
Case No.          17-15332 (CMG)
Caption of Order: Consent Order Regarding Claims 4, 5 and 5 and Distributions Relating to
                  Those Claims

---

**WHEREAS**, Arthur Christy, Chapter 7 debtor (the "Debtor") filed a voluntary petition under Chapter 7 of the Bankruptcy Code, on March 20, 2017 (the "Petition Date"); and

**WHEREAS**, Andrea Dobin (the "Trustee") was appointed to serve as the Chapter 7 Trustee in the Debtor's bankruptcy proceeding; and

**WHEREAS**, Hudson Insurance Company ("Hudson") is listed as a creditor on Schedule F to the Debtor's petition; and

**WHEREAS**, Hudson commenced a lawsuit against the Debtor, Structural Concepts, Inc. ("Structural"), George Moutis ("G. Moutis"), Kasandra Moutis ("K. Moutis") (where appropriate, Structural, G. Moutis and K. Moutis will be collectively referred to as "Claimants") and other parties in the Superior Court of New Jersey on May 8, 2015 at Docket No. MON-L-1704-15 ("Hudson Lawsuit"); and

**WHEREAS**, Claimants assert that the Debtor and other defendants to the Hudson Litigation entered into an Indemnity and Hold Harmless Agreement as it relates to the claims of Hudson; and

**WHEREAS**, on August 7, 2017, Structural filed a general unsecured claim at Claim No.4 in the amount of $702,063.46 ("Claim 4"); and

**WHEREAS**, on August 10, 2017, G. Moutis filed an identical general unsecured claim at Claim No.5 in the amount of $702,063.46 ("Claim 5"); and

**WHEREAS**, on August 10, 2017, K. Moutis filed an identical general unsecured claim at Claim No. 6 in the amount of $702,063.46 ("Claim 6"); and

Debtors:              Arthur Christy
Case No.              17-15332 (CMG)
Caption of Order:  Consent Order Regarding Claims 4, 5 and 5 and Distributions Relating to
                          Those Claims

---

**WHEREAS**, the Trustee asserts and Claimants acknowledge that they are only entitled

to one single distribution for all of the Claims based upon a single general unsecured amount of

$702,063.46.

**NOW, THEREFORE, intending to be legally bound hereby, the parties stipulate**

**and agree as follows**:

1.      To facilitate distribution and only for the purposes hereof, Claims No. 5 and 6 are

deemed **EXPUNGED.**

2.      The distribution attributable to Claim No. 4 will be made payable to Claimants'

counsel's attorney trust account who assumes the obligation to disburse the proceeds of such

claim amongst the Claimants.

The undersigned consent to the form, substance and entry of the within Order.

**POULOS LoPICCOLO, P.C.**
*Counsel to Claimants Structural Concepts,*
*Inc., George Moutis and Kasandra Moutis*

Dated: February 27, 2018              By:____/s/ Reuben Borman_____
                                                        REUBEN BORMAN

**TRENK, DIPASQUALE**
**DELLA FERA & SODONO, P.C.**
*Counsel to Andrea Dobin, Chapter 7*
*Trustee*

Dated: February 27, 2018              By:____/s/ Michele M. Dudas_____
                                                        MICHELE M. DUDAS

4853-2308-4638, v. 1