| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004**<br>**TRENK, DIPASQUALE,**<br>**DELLA FERA & SODONO, P.C.**<br>427 Riverview Plaza<br>Trenton, New Jersey 08611<br>(609) 695-6070<br>Andrea Dobin (adobin@trenklawfirm.com)<br>Michele M. Dudas (mdudas@trenklawfirm.com)<br>*Attorneys for Andrea Dobin,*<br>*Chapter 7 Trustee* | **Order Filed on March 9, 2018**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| In re:<br><br>ARTHUR CHRISTY,<br><br>          Debtor. | Case No. 17-15332 (CMG)<br><br>Honorable Christine M. Gravelle, U.S.B.J.<br><br>Chapter 7<br><br>**Hearing Date and Time:  N/A** |

### CONSENT ORDER REGARDING CLAIMS 4, 5 AND 6 AND DISTRIBUTIONS RELATING TO THOSE CLAIMS

The relief set forth on the following pages numbered two (2) and three (3) is hereby **ORDERED.**

**DATED: March 9, 2018**

*/s/ Christine M. Gravelle*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

Debtors:        Arthur Christy
Case No.        17-15332 (CMG)
Caption of Order: Consent Order Regarding Claims 4, 5 and 5 and Distributions Relating to Those Claims

---

**WHEREAS**, Arthur Christy, Chapter 7 debtor (the "Debtor") filed a voluntary petition under Chapter 7 of the Bankruptcy Code, on March 20, 2017 (the "Petition Date"); and

**WHEREAS**, Andrea Dobin (the "Trustee") was appointed to serve as the Chapter 7 Trustee in the Debtor's bankruptcy proceeding; and

**WHEREAS**, Hudson Insurance Company ("Hudson") is listed as a creditor on Schedule F to the Debtor's petition; and

**WHEREAS**, Hudson commenced a lawsuit against the Debtor, Structural Concepts, Inc. ("Structural"), George Moutis ("G. Moutis"), Kasandra Moutis ("K. Moutis") (where appropriate, Structural, G. Moutis and K. Moutis will be collectively referred to as "Claimants") and other parties in the Superior Court of New Jersey on May 8, 2015 at Docket No. MON-L-1704-15 ("Hudson Lawsuit"); and

**WHEREAS**, Claimants assert that the Debtor and other defendants to the Hudson Litigation entered into an Indemnity and Hold Harmless Agreement as it relates to the claims of Hudson; and

**WHEREAS**, on August 7, 2017, Structural filed a general unsecured claim at Claim No.4 in the amount of $702,063.46 ("Claim 4"); and

**WHEREAS**, on August 10, 2017, G. Moutis filed an identical general unsecured claim at Claim No.5 in the amount of $702,063.46 ("Claim 5"); and

**WHEREAS**, on August 10, 2017, K. Moutis filed an identical general unsecured claim at Claim No. 6 in the amount of $702,063.46 ("Claim 6"); and

Debtors: Arthur Christy
Case No. 17-15332 (CMG)
Caption of Order: Consent Order Regarding Claims 4, 5 and 5 and Distributions Relating to Those Claims

---

**WHEREAS**, the Trustee asserts and Claimants acknowledge that they are only entitled to one single distribution for all of the Claims based upon a single general unsecured amount of $702,063.46.

**NOW, THEREFORE, intending to be legally bound hereby, the parties stipulate and agree as follows**:

1. To facilitate distribution and only for the purposes hereof, Claims No. 5 and 6 are deemed **EXPUNGED.**

2. The distribution attributable to Claim No. 4 will be made payable to Claimants' counsel's attorney trust account who assumes the obligation to disburse the proceeds of such claim amongst the Claimants.

The undersigned consent to the form, substance and entry of the within Order.

**POULOS LoPICCOLO, P.C.**
*Counsel to Claimants Structural Concepts, Inc., George Moutis and Kasandra Moutis*

Dated: February 27, 2018           By: /s/ Reuben Borman
                                        REUBEN BORMAN

**TRENK, DiPASQUALE DELLA FERA & SODONO, P.C.**
*Counsel to Andrea Dobin, Chapter 7 Trustee*

Dated: February 27, 2018           By: /s/ Michele M. Dudas
                                        MICHELE M. DUDAS

4853-2308-4638, v. 1

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-15332-CMG
Arthur Christy                                                          Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Mar 09, 2018
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 11, 2018.
db              +Arthur Christy,    2 Beach Way,    Sea Bright, NJ 07760-2102

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 9, 2018 at the address(es) listed below:
              Alan R. Ostrowitz    on behalf of Creditor    Valley National Bank ostrowlaw@optonline.net
              Andrea  Dobin    on behalf of Trustee Andrea   Dobin adobin@trenklawfirm.com
              Andrea  Dobin    ecftrusteead@trenklawfirm.com, NJ55@ecfcbis.com
              Anne S. Cantwell    on behalf of Mediator Anne S. Cantwell ACantwell@shermansilverstein.com
              Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as trustee, on behalf
               of the holders of the Home Equity Mortgage Trust 2006-3 Home Equity Mortgage Pass-Through
               Certificates, Series 2006-3 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Joseph H. Lemkin    on behalf of Creditor Eugene  Wishnic jlemkin@stark-stark.com
              Joseph H. Lemkin    on behalf of Defendant Eugene  Wishnic jlemkin@stark-stark.com
              Michael R. Caruso    on behalf of Creditor    Platte River Insurance Company mcaruso@csglaw.com,
               ecf@csglaw.com
              Michael R. Caruso    on behalf of Creditor    Capitol Indemnity Corporation mcaruso@csglaw.com,
               ecf@csglaw.com
              Michele M. Dudas    on behalf of Trustee Andrea  Dobin mdudas@trenklawfirm.com
              Michele M. Dudas    on behalf of Plaintiff Andrea  Dobin mdudas@trenklawfirm.com
              Richard J. Pepsny    on behalf of Debtor Arthur  Christy pepsnylawfirm@msn.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 13