Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  17–15332–CMG
Chapter:  7
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Arthur Christy
   2 Beach Way
   Sea Bright, NJ 07760
Social Security No.:
   xxx–xx–0942
Employer's Tax I.D. No.:

---

### NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on July 18, 2018, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 90 – 86
Order Granting Application For Compensation for Sharer Petree Brotz & Snyder, fees awarded: $5696.00, expenses awarded: $15.45 (Related Doc # 86). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 7/17/2018. (bwj)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: July 18, 2018
JAN: bwj

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 17-15332-CMG
Arthur Christy                                                                            Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Jul 18, 2018
                             Form ID: orderntc         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 20, 2018.
acc             +Sharer Petree Brotz & Snyder,    1103 Laurel Oak Road,    Suite 105B,    Voorhees, NJ 08043-4376

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2018                                     Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 18, 2018 at the address(es) listed below:
          Alan R. Ostrowitz    on behalf of Creditor    Valley National Bank ostrowlaw@optonline.net
          Andrea  Dobin   on behalf of Trustee Andrea   Dobin adobin@trenklawfirm.com
          Andrea  Dobin    ecftrusteead@trenklawfirm.com,   NJ55@ecfcbis.com
          Anne S. Cantwell    on behalf of Mediator Anne S. Cantwell ACantwell@shermansilverstein.com
          Barry R. Sharer   on behalf of Accountant     Sharer Petree Brotz & Snyder CShapiro@SharerPBS.com,
           BSharer@SharerPBS.com;nj83@ecfcbis.com
          Denise E. Carlon   on behalf of Creditor    U.S. Bank National Association, as trustee, on behalf
           of the holders of the Home Equity Mortgage Trust 2006-3 Home Equity Mortgage Pass-Through
           Certificates, Series 2006-3 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Joseph H. Lemkin   on behalf of Creditor Eugene  Wishnic jlemkin@stark-stark.com
          Joseph H. Lemkin   on behalf of Defendant Eugene  Wishnic jlemkin@stark-stark.com
          Michael R. Caruso   on behalf of Creditor    Platte River Insurance Company mcaruso@csglaw.com,
           ecf@csglaw.com
          Michael R. Caruso    on behalf of Creditor    Capitol Indemnity Corporation mcaruso@csglaw.com,
           ecf@csglaw.com
          Michele M. Dudas   on behalf of Trustee Andrea   Dobin mdudas@trenklawfirm.com
          Michele M. Dudas   on behalf of Plaintiff Andrea   Dobin mdudas@trenklawfirm.com
          Richard J. Pepsny   on behalf of Debtor Arthur   Christy pepsnylawfirm@msn.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                        TOTAL: 14