

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>BARRY R. SHARER, CPA<br>Sharer Petree Brotz & Snyder<br>1103 Laurel Oak Road<br>Suite 105B<br>Voorhees, NJ 08043<br>(856)435-3200<br>Accountant for the Chapter 7 Trustee | **Order Filed on July 17, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
|---|---|
| In Re:<br><br>**CHRISTY, ARTHUR** | Case No.: 17-15332<br><br>Chapter 7<br><br>Hearing Date: 07/17/18 @ 2:00PM<br><br>Judge: CMG |

**ORDER AWARDING FINAL COMPENSATION AND EXPENSES
FOR THE ACCOUNTANT TO THE TRUSTEE**

The relief set forth on the following pages, numbered two (2) through two (2) is Hereby **ORDERED**.

**DATED: July 17, 2018**

_(signature)_
Honorable Christine M. Gravelle
United States Bankruptcy Judge

(Page 2)
Debtor:    CHRISTY, ARTHUR

Case No.:    17-15332\CMG

Caption of Order: Order Approving Fees and Expenses for the Accountant for the Chapter 7 Trustee

Upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is

**ORDERED**, that compensation and expenses are allowed as follows:

APPLICANT

Sharer Petree Brotz & Snyder

| | |
|---|---|
| FEES: | $5,696.00 |
| EXPENSES | $   15.45 |
| TOTAL: | $5,711.45 |

United States Bankruptcy Court
District of New Jersey

In re:  
Arthur Christy  
     Debtor

Case No. 17-15332-CMG  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Jul 18, 2018  
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2018.  
db          +Arthur Christy,    2 Beach Way,    Sea Bright, NJ 07760-2102

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2018                                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 18, 2018 at the address(es) listed below:
```
          Alan R. Ostrowitz    on behalf of Creditor    Valley National Bank ostrowlaw@optonline.net
          Andrea  Dobin    on behalf of Trustee Andrea  Dobin adobin@trenklawfirm.com
          Andrea  Dobin    ecftrusteead@trenklawfirm.com, NJ55@ecfcbis.com
          Anne S. Cantwell    on behalf of Mediator Anne S. Cantwell ACantwell@shermansilverstein.com
          Barry R. Sharer    on behalf of Accountant    Sharer Petree Brotz & Snyder CShapiro@SharerPBS.com,
           BSharer@SharerPBS.com;nj83@ecfcbis.com
          Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as trustee, on behalf
           of the holders of the Home Equity Mortgage Trust 2006-3 Home Equity Mortgage Pass-Through
           Certificates, Series 2006-3 dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Joseph H. Lemkin    on behalf of Creditor Eugene  Wishnic jlemkin@stark-stark.com
          Joseph H. Lemkin    on behalf of Defendant Eugene  Wishnic jlemkin@stark-stark.com
          Michael R. Caruso    on behalf of Creditor    Platte River Insurance Company mcaruso@csglaw.com,
           ecf@csglaw.com
          Michael R. Caruso    on behalf of Creditor    Capitol Indemnity Corporation mcaruso@csglaw.com,
           ecf@csglaw.com
          Michele M. Dudas    on behalf of Trustee Andrea  Dobin mdudas@trenklawfirm.com
          Michele M. Dudas    on behalf of Plaintiff Andrea  Dobin mdudas@trenklawfirm.com
          Richard J. Pepsny    on behalf of Debtor Arthur  Christy pepsnylawfirm@msn.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 14
```