| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1**<br>**McMANIMON,**<br>**SCOTLAND & BAUMANN, LLC**<br>427 Riverview Plaza<br>Trenton, NJ  08611<br>609.695.6070<br>*Proposed Attorneys for Chapter 7 Trustee,*<br>*Andrea Dobin* | Order Filed on October 19, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>CHRISTY, Arthur<br><br>           Debtor. | Case No.:       17-15332<br><br>Judge:           Christine M. Gravelle<br><br>Chapter:                7 |

Recommended Local Form:     ☐ Followed     ☒ Modified

**ORDER AUTHORIZING RETENTION OF McMANIMON SCOTLAND & BAUMANN, LLC, AS SUBSTITUTE ATTORNEY TO TRUSTEE**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: October 19, 2018**

*/s/ Christine M. Gravelle*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

| | |
|---|---|
| In re: | Arthur Christy |
| Case No.: | 17-15332 |
| Applicant: | Andrea Dobin |

☒ Trustee: ☒ Chap. 7  ☐ Chap. 11  ☐ Chap. 12

☐ Debtor: ☐ Chap. 7  ☐ Chap. 11  ☐ Chap. 13

☐ Official Committee of _____

Professional: McManimon Scotland & Baumann, LLC

Address: 427 Riverview Plaza
Trenton, NJ 08611

☐ Attorney for:

   ☐ Trustee  ☐ Debtor-in-Possession

   ☐ Official Committee of _____

☐ Accountant for:

   ☐ Trustee  ☐ Debtor-in-Possession

   ☐ Official Committee of _____

☒ Other Professional:

   ☐ Realtor  ☐ Appraiser  ☐ Special Counsel  ☐ Auctioneer

   ☒ Other (specify): _Substitute Counsel to the Trustee_____

Upon the applicant's request for authorization to retain the professional named above,

It is hereby **ORDERED** as follows:

1. The applicant, Andrea Dobin, Chapter 7 Trustee, is authorized to retain the professional, McManimon Scotland & Baumann, LLC, to act as attorney for the Trustee.

2. The Trustee's retention of Trenk, DiPasquale, Della Fera & Sodono, P.C. is terminated as of September 30, 2018.

3. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

4. The effective date of retention is October 1, 2018.