|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br>**McMANIMON,**<br>**SCOTLAND & BAUMANN, LLC**<br>427 Riverview Plaza<br>Trenton, NJ  08611<br>609.695.6070<br>*Proposed Attorneys for Chapter 7 Trustee,*<br> *Andrea Dobin* | Order Filed on October 19, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>CHRISTY, Arthur<br><br>    Debtor. | Case No.:    17-15332<br><br>Judge:    Christine M. Gravelle<br><br>Chapter:    7 |

| Recommended Local Form: | ☐ Followed | ☒ Modified |
|---|---|---|

**ORDER AUTHORIZING RETENTION OF McMANIMON SCOTLAND & BAUMANN, LLC, AS SUBSTITUTE ATTORNEY TO TRUSTEE**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: October 19, 2018**

*/s/ Christine M. Gravelle*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

| | |
|---|---|
| In re: | Arthur Christy |
| Case No.: | 17-15332 |
| Applicant: | Andrea Dobin |

☒ Trustee: ☒ Chap. 7  ☐ Chap. 11  ☐ Chap. 12

☐ Debtor: ☐ Chap. 7  ☐ Chap. 11  ☐ Chap. 13

☐ Official Committee of _____

Professional: McManimon Scotland & Baumann, LLC

Address: 427 Riverview Plaza
Trenton, NJ 08611

☐ Attorney for:

    ☐ Trustee  ☐ Debtor-in-Possession

    ☐ Official Committee of _____

☐ Accountant for:

    ☐ Trustee  ☐ Debtor-in-Possession

    ☐ Official Committee of _____

☒ Other Professional:

    ☐ Realtor  ☐ Appraiser  ☐ Special Counsel  ☐ Auctioneer

    ☒ Other (specify): _Substitute Counsel to the Trustee_____

---

Upon the applicant's request for authorization to retain the professional named above,

It is hereby **ORDERED** as follows:

1. The applicant, Andrea Dobin, Chapter 7 Trustee, is authorized to retain the professional, McManimon Scotland & Baumann, LLC, to act as attorney for the Trustee.

2. The Trustee's retention of Trenk, DiPasquale, Della Fera & Sodono, P.C. is terminated as of September 30, 2018.

3. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

4. The effective date of retention is October 1, 2018.

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-15332-CMG
Arthur Christy                                                            Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Oct 19, 2018
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2018.
db          +Arthur Christy,   2 Beach Way,   Sea Bright, NJ 07760-2102

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2018 at the address(es) listed below:
              Alan R. Ostrowitz    on behalf of Creditor    Valley National Bank ostrowlaw@optonline.net
              Andrea  Dobin    on behalf of Trustee Andrea  Dobin adobin@msbnj.com
              Andrea  Dobin    ecftrusteead@trenklawfirm.com, NJ55@ecfcbis.com
              Anne S. Cantwell    on behalf of Mediator Anne S. Cantwell ACantwell@shermansilverstein.com
              Barry R. Sharer    on behalf of Accountant    Sharer Petree Brotz & Snyder CShapiro@SharerPBS.com,
               BSharer@SharerPBS.com;nj83@ecfcbis.com
              Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as trustee, on behalf
               of the holders of the Home Equity Mortgage Trust 2006-3 Home Equity Mortgage Pass-Through
               Certificates, Series 2006-3 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Joseph H. Lemkin    on behalf of Creditor Eugene  Wishnic jlemkin@stark-stark.com
              Joseph H. Lemkin    on behalf of Defendant Eugene  Wishnic jlemkin@stark-stark.com
              Michael R. Caruso    on behalf of Creditor    Platte River Insurance Company mcaruso@csglaw.com,
               ecf@csglaw.com
              Michael R. Caruso    on behalf of Creditor    Capitol Indemnity Corporation mcaruso@csglaw.com,
               ecf@csglaw.com
              Michele M. Dudas    on behalf of Trustee Andrea  Dobin mdudas@msbnj.com
              Michele M. Dudas    on behalf of Plaintiff Andrea  Dobin mdudas@msbnj.com
              Richard J. Pepsny    on behalf of Debtor Arthur  Christy pepsnylawfirm@msn.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 14