UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:     Case No.:    17-15332 (CMG)
ARTHUR CHRISTY,     Chapter:    7
    Judge:    Christine M. Gravel

### NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY

_____ Andrea Dobin _____, _____ Chapter 7 Trustee _____, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

| Address of the Clerk: | Jeanne Naughton, Clerk<br>United States Bankruptcy Court<br>402 East State Street<br>Trenton, NJ 08608 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable __Christine M. Gravelle__ on __February 5, 2019__ at __10:00__ a.m. at the United States Bankruptcy Court, courtroom no. __3__, __402 East State Street, Trenton, New Jersey 08608__ (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

| Nature of action: | In or about November 2018, counsel to Liberty Mutual Insurance Company ("Liberty Mutual") contacted counsel to the Trustee to advise that it was not scheduled as a creditor of Arthur Christy, Chapter 7 debtor ("Debtor"), and had only learned of the pending bankruptcy proceeding. Liberty Mutual requested authority to file a late-filed claim in the amount of $565,626.45. |
|---|---|
| Pertinent terms of settlement: | The Trustee reviewed the Debtor's schedules and filed claims, and Liberty Mutual was not listed. All assets of the Debtor's Estate have been administered. Based upon the impact to the distribution to other unsecured creditors, the Trustee has agreed to allow Liberty Mutual to file the Claim as a timely filed and allowed general unsecured claim, subject to the issuance of a Certification of No Objection and/or other Order of this Court in the event an objection is filed. |

Objections must be served on, and requests for additional information directed to:

Name:    Michele M. Dudas, Esq., McManimon, Scotland & Baumann, LLC

Address:    75 Livingston Avenue, Suite 201, Roseland, NJ 07068

Telephone No.:    (973) 622-1800

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 17-15332-CMG
Arthur Christy                                                                                  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3           User: admin                  Page 1 of 2                Date Rcvd: Jan 09, 2019
                               Form ID: pdf905              Total Noticed: 52

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 11, 2019.
```
db         +Arthur Christy,    2 Beach Way,    Sea Bright, NJ 07760-2102
cr         +Capitol Indemnity Corporation,    c/o Chiesa Shahinian & Giantomasi PC,    One Boland Drive,
             Attn. Michael R. Caruso, Esq.,    West Orange, NJ 07052-3686
cr         +Eugene Wishnic,    c/o Stark & Stark, PC,    993 Lenox Drive,    Lawrenceville, NJ 08648-2316
r          +Gloria Nelson & Co.,    33 Witherspoon St.,    Princeton, NJ 08542-3207
cr         +Platte River Insurance Company,    c/o Chiesa Shahinian & Giantomasi PC,    One Boland Drive,
             Attn: Michael R. Caruso, Esq.,    West Orange, NJ 07052-3686
acc        +Sharer Petree Brotz & Snyder,    1103 Laurel Oak Road,    Suite 105B,    Voorhees, NJ 08043-4376
cr         +Valley National Bank,    1445 Valley Road,    Wayne, NJ 07470-8438
516709895   AMCA Bio Reference Lab,    22695 Sawmill River Road,    Building 3,    Elmsford, NY 10523
516709894  +Alert Ambulance Service, Inc.,    PO Box 192,    Brick, NJ 08723-0192
516709896  +Apex Asset Management,    PO Box 5407,    Lancaster, PA 17606-5407
517102843  +Arthur Christy,    Rory P. Collins,    61 King Ave.,    Weehawken, NJ 07086-6906
517341596  +Automated Building Controls, Inc.,    3320 Route 66,    Neptune, NJ 07753-2769
517405188  +Capitol Indemnity Corp.,    One Boland Dr., Michael R. Caruso, Esq.,
             West Orange, NJ 07052-3686
517028486  +Capitol Indemnity Corp.,    One Boland Drive Michael R. Caruso, Esq.,    W. Orange, NJ 07052-3686
516709898  +Capitol Indemnity Corporation,    P.O. Box 5900,    Madison, WI 53705-0900
516709899  +Chase Mortgage,    3415 Vision Dr,    Columbus, OH 43219-6009
516709900  +Citicards Cbna,    Citicorp Credit Svc/Centralized Bankrupt,    Po Box 790040,
             Saint Louis, MO 63179-0040
517341597  +Eugene Carrillo, Beatriz Carillo, David DiFabio, E,    c/o Michael A. Orozco, Esq.,
             50 Tice Blvd, Suite 380,    Woodcliff Lake, NJ 07677-7681
516995344  +George Moutis,    1305 South Roller Road,    Ocean, NJ 07712-3988
516709902  +Gina A. Makoujy, Esq.,    Tesser & Cohen,    946 Main Street,    Hackensack, NJ 07601-5100
516709903  +Hackensack Meridian,    PO Box 650292,    Dallas, TX 75265-0292
516709904  +Hedinger and Lawless, LLC,    147 Columbia Turnpike # 200,    Florham Park, NJ 07932-2199
516709905  +Hudson Insurance Company,    100 William Street,    New York, NY 10038-5044
516709906   IRS,    PO Box 37009,    Hartford, CT 06176-0009
516995604  +Kasandra Moutis,    1305 South Roller Road,    Ocean, NY 07712-3988
517320269  +LQD Business Filing, LLC,    Fleming L. Ware, Esq.,    Vedder Price P.C.,
             1633 Broadway, 31st Floor,    New York, NY 10019,    2 10019-6764
517320270  +LQD Business Finance, LLC,    Fleming L. Ware, Esq.,    Vedder Price P.C.,
             1633 Broadway, 31st Floor,    New York, NY 10019,    2 10019-6764
517341595  +LQD Business Finance, LLC,    329 W, 18th Street,    Suite 912,    Chicago, IL 60616-1120
516709908  +Lincroft Village Dental Care,    9 Middletown Lincroft Road,    Lincroft, NJ 07738-1511
516709909  +Martha Ostrowitz, Esq.,    Ostrowitz & Ostrowitz,    225 Gordons Corner Rd,
             Manalapan, NJ 07726-3342
516709910  +Monmouth Cty Prob,    Po Box 1259,    Freehold, NJ 07728-1259
516709913   Rory P. Collins,    61 King Ave.,    Weehawken, NJ 07086-6906
517298790 ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
             TRENTON NJ 08646-0245
            (address filed with court: State of New Jersey,    Department of Treasury,
             Division of Taxation,    P.O. Box 245,    Trenton, NJ 08695-0245)
516988931  +Structural Concepts, Inc.,    1305 South Roller Road,    Ocean, NJ 07712-3989
516709916  +The Sherwin Williams Co.,    101 W Prospect Ave #1020,    Cleveland, OH 44115-1027
516709901 ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
            (address filed with court: Elan Financial Service,    Po Box 790084,    Saint Louis, MO 63179)
516885694  +VNB Loan Svc., Inc.,    747 Chestnut Ridge Rd.,    Chestnut Ridge, NY 10977-6224
516709918  +Valley National Bank,    1460 Valley Rd,    Wayne, NJ 07470-8494
516743528  +Valley National Bank,    225 Gordons Corner Rd., Ste. 1J,    Manalapan, NJ 07726-3342
516709919  +Valley National Bank,    362 Broad Street,    Red Bank, NJ 07701-2120
516709917  +Valley National Bank,    1720 Route 23 North,    Wayne, NJ 07470-7533
516732400  +Valley National Bank,    1455 Valley Road,    Wayne, New Jersey 07470-8448
516709920  +Wells Fargo Bank,    Mac-F8235-02f,    Po Box 10438,    Des Moines, IA 50306-0438
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: usanj.njbankr@usdoj.gov Jan 09 2019 23:38:17     U.S. Attorney,    970 Broad St.,
             Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 09 2019 23:38:10     United States Trustee,
             Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
             Newark, NJ 07102-5235
516709912  +E-mail/Text: bkrpt@retrievalmasters.com Jan 09 2019 23:38:09     RMCB,    PO Box 1235,
             Elmsford, NY 10523-0935
516709911  +E-mail/Text: RMCbankruptcy@hackensackmeridian.org Jan 09 2019 23:38:53
             Riverview Medical Center,    PO Box 397,    Neptune, NJ 07754-0397
516709914  +E-mail/Text: jennifer.chacon@spservicing.com Jan 09 2019 23:39:12
             Select Portfolio Servicing, Inc,    Po Box 65250,    Salt Lake City, UT 84165-0250
516714858  +E-mail/PDF: gecsedi@recoverycorp.com Jan 09 2019 23:43:39     Synchrony Bank,
             c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
516709915  +E-mail/PDF: gecsedi@recoverycorp.com Jan 09 2019 23:55:21     Synchrony Bank/Care Credit,
             Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
516971343   E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 09 2019 23:44:41     Verizon,
             by American InfoSource LP as agent,    PO Box 248838,    Oklahoma City, OK  73124-8838
```

```
District/off: 0312-3          User: admin              Page 2 of 2           Date Rcvd: Jan 09, 2019
                              Form ID: pdf905          Total Noticed: 52
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
516979351        +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 09 2019 23:44:41
                  Verizon by American InfoSource,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +Rory P. Collins,    61 King Ave.,    Weehawken, NJ 07086-6906
516709897      ##+Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
516709907      ##+Jill Christy,    1 Blue Hills Drive,    Holmdel, NJ 07733-2217
                                                                                    TOTALS: 0, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 8, 2019 at the address(es) listed below:
```
              Alan R. Ostrowitz    on behalf of Creditor    Valley National Bank ostrowlaw@optonline.net
              Andrea  Dobin    ecftrusteead@msbnj.com, NJ55@ecfcbis.com
              Andrea  Dobin    on behalf of Trustee Andrea   Dobin adobin@msbnj.com
              Anne S. Cantwell    on behalf of Mediator Anne S. Cantwell ACantwell@shermansilverstein.com
              Barry R. Sharer    on behalf of Accountant    Sharer Petree Brotz & Snyder CShapiro@SharerPBS.com,
               BSharer@SharerPBS.com;nj83@ecfcbis.com
              Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as trustee, on behalf
               of the holders of the Home Equity Mortgage Trust 2006-3 Home Equity Mortgage Pass-Through
               Certificates, Series 2006-3 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Joseph H. Lemkin    on behalf of Defendant Eugene   Wishnic jlemkin@stark-stark.com
              Joseph H. Lemkin    on behalf of Creditor Eugene   Wishnic jlemkin@stark-stark.com
              Michael R. Caruso    on behalf of Creditor    Capitol Indemnity Corporation mcaruso@csglaw.com,
               ecf@csglaw.com
              Michael R. Caruso    on behalf of Creditor    Platte River Insurance Company mcaruso@csglaw.com,
               ecf@csglaw.com
              Michele M. Dudas    on behalf of Trustee Andrea   Dobin mdudas@msbnj.com
              Michele M. Dudas    on behalf of Plaintiff Andrea   Dobin mdudas@msbnj.com
              Richard J. Pepsny    on behalf of Debtor Arthur   Christy pepsnylawfirm@msn.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 14
```