UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

IN RE:
CHRISTY, ARTHUR

Case No. 17-15332-CMG CMG

Order Filed on June 26, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Debtor(s)

### ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

AND NOW, this 26th day of June, 2019, upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is ORDERED, that the sum of $66,310.53 is reasonable compensation for the services in this case by Andrea Dobin, trustee; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code, that $120.15 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.

**DATED: June 26, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge