UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

IN RE:
CHRISTY, ARTHUR

Case No. 17-15332-CMG CMG

Order Filed on June 26, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Debtor(s)

## ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

AND NOW, this 26th day of June, 2019, upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is ORDERED, that the sum of $66,310.53 is reasonable compensation for the services in this case by Andrea Dobin, trustee; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code, that $120.15 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.

**DATED: June 26, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 17-15332-CMG
Arthur Christy                                                      Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Jun 26, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 28, 2019.
db            +Arthur Christy,    2 Beach Way,    Sea Bright, NJ 07760-2102

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2019                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 26, 2019 at the address(es) listed below:
              Alan R. Ostrowitz    on behalf of Creditor    Valley National Bank ostrowlaw@optonline.net
              Andrea  Dobin    on behalf of Trustee Andrea   Dobin adobin@msbnj.com
              Andrea  Dobin    ecftrusteead@msbnj.com, NJ55@ecfcbis.com
              Anne S. Cantwell    on behalf of Mediator Anne S. Cantwell ACantwell@shermansilverstein.com
              Barry R. Sharer    on behalf of Accountant    Sharer Petree Brotz & Snyder CShapiro@SharerPBS.com,
               BSharer@SharerPBS.com;nj83@ecfcbis.com
              Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as trustee, on behalf
               of the holders of the Home Equity Mortgage Trust 2006-3 Home Equity Mortgage Pass-Through
               Certificates, Series 2006-3 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Joseph H. Lemkin    on behalf of Creditor Eugene   Wishnic jlemkin@stark-stark.com
              Joseph H. Lemkin    on behalf of Defendant Eugene   Wishnic jlemkin@stark-stark.com
              Michael R. Caruso    on behalf of Creditor    Platte River Insurance Company mcaruso@csglaw.com,
               ecf@csglaw.com
              Michael R. Caruso    on behalf of Creditor    Capitol Indemnity Corporation mcaruso@csglaw.com,
               ecf@csglaw.com
              Michele M. Dudas    on behalf of Trustee Andrea   Dobin mdudas@msbnj.com
              Michele M. Dudas    on behalf of Plaintiff Andrea   Dobin mdudas@msbnj.com
              Richard J. Pepsny    on behalf of Debtor Arthur   Christy pepsnylawfirm@msn.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 14